**TOOLEY VS. BUSH, ET AL.
COMPLAINT, CIVIL COVER SHEET,
AND SUMMONS'**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SCOTT TOOLEY<br>3401 Vista Greens Ct.<br>Louisville, KY 40241 | )<br>)<br>) |
| | ) |
|     Plaintiff, | ) |
| v. | )<br>) |
| PRESIDENT GEORGE W. BUSH<br>in his personal capacity,<br>The White House<br>1600 Pennsylvania Avenue<br>Washington, D.C. 20500, | )<br>)<br>)<br>)<br>) |
| | ) |
| VICE PRESIDENT RICHARD B. CHENEY<br>In his personal capacity,<br>The U.S. Naval Observatory<br>3450 Massachusetts Avenue, NW<br>Washington, D.C., 20392-5420 | )<br>)<br>)<br>)<br>) |
| | ) |
| ALBERTO GONZALES<br>Attorney General of the United States,<br>in his official and personal capacity,<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001, | )<br>)<br>)<br>)<br>)<br>) |
| | ) |
| MICHAEL CHERTOFF<br>Homeland Security Secretary,<br>in his official and personal capacity,<br>Department of Homeland Security<br>Washington, D.C. 20528, | )<br>)<br>)<br>)<br>) |
| | ) |
| KIP HAWLEY<br>Director of the Transportation Security<br>Administration,<br>in his official and personal capacity,<br>Transportation Security Administration<br>601 South 12th Street<br>Arlington, VA 22202-4220, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| | ) |
| and | )<br>) |

CASE NO.

JUDGE

1

|  | ) |
|---|---|
| | ) |
| LT GEN MICHAEL HAYDEN | ) |
| Director, National Security Agency, | ) |
| in his personal capacity, | ) |
| National Security Agency | ) |
| 9800 Savage Rd. | ) |
| Ft. Meade, MD 20755-6637, | ) |
| | ) |
| Defendants. | ) |

## VERIFIED COMPLAINT

## INTRODUCTION

1.      This is an action to redress violations of the First and Fourth Amendments of the United States Constitution and the fundamental constitutional right of privacy and an action for declaratory judgment and injunctive relief brought pursuant to the provisions of 28 U.S.C. §§ 2201 and 2202 for the purpose of obtaining a declaration of rights, status or other legal relations under Federal law.

2.      An actual controversy exists between the parties as to whether:

   a.      Defendants unlawfully wiretapped Plaintiff's home;

   b.      Defendants have conducted unlawful surveillance of Plaintiff in violation of the First and Fourth Amendment;

   c.      Defendants have improperly placed Plaintiff on a terrorist watch list;

   d.      Defendants unlawfully placed a Radio Frequency Identification Tag ("RFIT") on Plaintiff's vehicle;

e.    Defendants have undertaken said activities in retaliation for Plaintiff's lawful exercise of his First Amendment rights of free speech and expression; and

f.    Defendants have unlawfully refused to provide information properly requested by Plaintiff pursuant to the Freedom of Information Act, 5 U.S.C. §552.

### PARTIES, JURISDICTION, AND VENUE

3.    Plaintiff Scott Tooley is a natural-born American citizen and a resident of Kentucky. He resides at 3401 Vista Greens Ct., Louisville, KY 40241.

4.    Defendant George W. Bush is the President of the United States. He is being sued in his personal capacity, while acting under color of federal authority. His address is The White House, 1600 Pennsylvania Avenue, Washington, D.C. 20500.

5.    Defendant, Richard B. Cheney, is the Vice President of the United States. He is being sued in his personal capacity, while acting under color of federal authority. His address is The U.S. Naval Observatory, 3450 Massachusetts Avenue, NW, Washington, D.C. 20392.

6.    Defendant Alberto Gonzales is the Attorney General of the United States. He is being sued in his official and personal capacity, while acting under color of federal authority. His address is U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530.

7.    Defendant U.S. Department of Justice is located at 950 Pennsylvania Avenue, NW, Washington, DC 20530, and encompasses the FBI.

8.      Defendant Michael Chertoff is the Secretary of Homeland Security. He is being sued in his official and personal capacity, while acting under color of federal authority. His address is Department of Homeland Security, Washington, D.C. 20528.

9.      Defendant Department of Homeland Security is located in Washington, D.C., 20528 and is responsible for the maintenance of the public records in question.

10.     Defendant Kip Hawley is the Director of the Transportation Safety Administration. He is being sued in his official and personal capacity, while acting under color of federal authority. His address is Transportation Safety Administration, 601 South 12th Street, Arlington, VA 22202-4220.

11.     Defendant Transportation Safety Administration is located at 601 South 12th Street, Arlington, VA 22202-4220 and is responsible for the maintenance of the public records in question.

12.     Defendant Lieutenant General Michael Hayden is the Director of the National Security Agency. He is being sued in his personal capacity, while acting under color of federal authority. His address is National Security Agency, 9800 Savage Rd., Ft. Meade, MD 20755-6637.

13.     Defendants are joint tortfeasors in this case and are jointly and severally liable for Plaintiff's causes of action.

14.     Jurisdiction and venue are proper because pursuant to 28 U.S.C. § 1331 "the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." At issue here is the constitutionality of Defendants' surveillance and wiretaps on Plaintiff as well as his information and belief that he has been placed on terrorist watch lists. Also at issue is the legality of Defendants

Department of Justice and Transportation Safety Administration's refusal to provide properly requested information under the Freedom of Information Act to Mr. Tooley.   A substantial part of the events or omissions giving rise to the claims herein occurred in the District of Columbia.

15.    Jurisdiction and venue are also proper pursuant to 28 U.S.C. §1343, which states that "the district courts shall have original jurisdiction of any civil action authorized by law to be commenced by any person...To redress the deprivation, under color of any State law, statute, ordinance, regulation, custom or usage, of any right, privilege or immunity secured by the Constitution of the United States or by any Act of Congress providing for equal rights of citizens or of all persons within the jurisdiction of the United States."

### FACTS

16.    Mr. Tooley is a resident of Kentucky and a natural born United States citizen.   From 1999-2000, Mr. Tooley was employed on Capitol Hill as the Systems Administrator for Rep. Christopher Cox, who is now Chairman of the Securities and Exchange Commission.

17.    After his service in Washington, D.C., Mr. Tooley returned home to Kentucky, where he remains an active member of his community.   In addition to his various service efforts, Mr. Tooley was a candidate for elective office, where he worked to better serve his community.

**The Illegal Surveillance**

18.    In or around the Spring of 2002, while on a short break from law school, Mr. Tooley was purchasing airline tickets, via telephone, with Southwest Airlines to

arrange a brief visit to his family in Nebraska in addition to visiting his in-laws in Kentucky. After Mr. Tooley provided all of his information, including, but not limited to, his full name, address, and credit card number, he was asked if he had any "comments, questions, or suggestions for Southwest Airlines."

19.    Utilizing his security and public policy experience obtained via his candidacy for elective office and on Capitol Hill, Mr. Tooley suggested that the airline screen 100 percent of everything that went into the airline because he was incredulous that in the wake of the tragedies of September 11, 2001, cargo was, and still is not, fully screened.

20.    When asked why such a course of action was necessary, Mr. Tooley was incredulous that he was ever asked such a question but patiently responded that without proper security, the traveling public (including frequent flyers like Mr. Tooley) was less safe due to the potential that those who wish to harm American citizens could put a bomb on a plane.

21.    At some point after that conversation, upon information and belief—and not until almost an entire year later, in the Fall of 2003—Mr. Tooley began to notice problematic phone connections, including telltale intermittent clicking noises, which still continue to this day. Upon information and belief, the cause for those telephone problems are illegal wiretaps, which were placed in response to his innocent comments that were made while booking his flight with Southwest Airlines.

22.    Upon information and belief, those roving wiretaps were placed on his residential landline phone; his landline phone at his former Virginia Beach residence; his cellular phone; his wife's cellular phone; his father's phone; his brother's phone; his

sister's phone; his in-laws' phone; and his family's home phone in Lincoln, Nebraska where relatives from France made calls from France to the home, where Mr. Tooley was visiting his mother for the week.

23.     Upon information and belief, both Mr. Tooley's vehicle and his wife's vehicle have been illegally subjected to permanent Radio Frequency Identification Tags ("RFIT") that monitor their vehicle movements.  Thus, Mr. Tooley, as well as his wife, are subjected to virtually round-the-clock surveillance, including but not limited to surveillance via wiretaps, RFID tags, and other surveillance activities.

24.     Further, when Mr. Tooley travels by airplane, he is improperly detained and subjected to a strict search without any probable cause.

25.     Mr. Tooley believes that due to his innocent comments to the Southwest Airlines representative, he has been placed on one or more terrorist watch lists and is being illegally monitored by Defendants.

### The FOIA Requests

26.     Mr. Tooley has made several efforts to obtain further information from the Department of Justice, the Department of Homeland Security, and the Transportation Safety Administration via a Freedom of Information Act ("FOIA") requests so as to understand the full extent to which he has been subjected to improper governmental surveillance.

27.     Specifically, on October 3, 2005, Mr. Tooley sent specific FOIA requests to all three Government Defendants.

28.    In light of his specific FOIA request, on October 5, 2005, Defendant Department of Homeland Security claimed that it could not do an adequate search based on the information provided by Mr. Tooley.

29.    On November 14, 2005, Defendant Transportation Security Administration refused to turn over information, refused to grant Mr. Tooley's fee request, and refused to give Mr. Tooley's request expedited processing consideration.

30.    On November 22, 2005, Defendant Department of Justice claimed that Mr. Tooley had not provided adequate information to conduct a records search.

31.    On December 6, 2005, Mr. Tooley contested the Defendant Transportation Security Administration's denial of expedited consideration and fee waiver and reiterated his need to have the requested documents.

32.    Curiously, on December 8, 2005, before receiving Mr. Tooley's December 6, 2005 letter, Defendant Transportation Safety Administration denied Mr. Tooley's October 3, 2005 request outright, claiming that "with respect to your request seeking records relating to individuals named on a watch list, TSA can neither confirm nor deny the existence of responsive records under the provisions cited above."

33.    However, Mr. Tooley's October 3, 2005 request made no mention of any watchlist, and was only a general request of records that "refer" to Scott Tooley.

34.    On information and belief, Defendant Transportation Safety Administration's December 8, 2005 is a tacit admission that Mr. Tooley is on at least one terrorist watchlist.

35.    On December 21, 2005, Mr. Tooley re-submitted all relevant information and reiterated his records request to Defendant Department of Justice.

36.    To date, Mr. Tooley has not received any documents in response to his FOIA request.

37.    Upon information and belief, Defendant Transportation Safety Administration, Department of Homeland Security, and Department of Justice are deliberately and willfully refusing to provide Mr. Tooley with the requested information to prevent him from discovering the depths of Defendants' misconduct.

### NSA Surveillance

38.    Recently, Defendant Bush has admitted that, on numerous occasions since 2001, he ordered wiretaps and other domestic surveillance on American citizens, after such actions were disclosed publicly in the New York Times. These wiretaps were ordered without the proper protections of the First and Fourth Amendments.  Upon information and belief Defendant Cheney also ordered the wiretaps and other domestic surveillance on American citizens.  It is widely and publicly known that Defendant Cheney is, in practice, an equal to the President in authority when it comes to national security and that he is effectively in charge of these matters, if not, the paramount decision maker along with the President.

39.    Upon information and belief, those wiretaps have been ordered without the issuance of a warrant by a court of appropriate jurisdiction, including, but not limited to a U.S. District Court and the Foreign Intelligence Surveillance Court.

40.    The approval and implementation of those wiretaps were clearly contrary to long-standing legal precedent, of which said precedent Defendants knew or should have known.

41.    Indeed, the Department of Justice recently acknowledged that Defendant Bush's 2001 eavesdropping order did not comply with the procedures of the law that regulate domestic surveillance.

42.    Defendant Bush's eavesdropping order also did not fall within any legislative exception to established legal procedure.

43.    With knowing and/or reckless disregard for established legal procedure, Defendants jointly and severally conceived, ordered, and implemented the illegal wiretapping scheme.

44.    At a minimum, those wiretaps have involved telephone calls by and from United States citizens and other people outside of the country.

45.    Additionally, the New York Times further reported that the NSA surveillance program involved purely domestic telephone calls.

46.    On or around June 10, 2004 to July 20, 2004, Scott Tooley and/or members of his family placed and received international calls from the United States to members of his family who live in France.

47.    Upon information and belief, Mr. Tooley is one of the victims of Defendants' highly secret and illegal wiretapping scheme.

48.    A strong presumption or inference existing that Mr. Tooley was wiretapped as part of the NSA's illegal activities based on evidence which includes, but is not limited to:

a) His inclusion on at least one terrorist watchlist, as evidenced by Defendant Transportation Security Administration's tacit admission in its December 8, 2005 letter to counsel;

b) Press sources have confirmed that people on a terrorist watchlist are likely subject to NSA's illegal surveillance activities;

c) He has constantly heard intermittent clicking noises on his phone, a classic sign of wiretapping;

d) He is in possession of evidence of government surveillance; and

e) President Bush has admitted the existence of the NSA wiretapping activities (authorized under his Executive Order), and reports have confirmed that the activities include both international and domestic calls.

## COUNT I- CONSTITUTIONAL TORT- FOURTH AMENDMENT VIOLATION

49.    Plaintiff incorporates Paragraphs 1-48 as fully stated herein.

50.    Scott Tooley is a United States Citizen.

51.    As a United States Citizen, he is entitled to the protections of the Fourth Amendment and is entitled to be protected against unreasonable government searches and seizures.

52.    Upon information and belief, Defendants deprived Mr. Tooley of his Fourth Amendment rights by illegally wiretapping his personal telephone lines, placing RFIT designations on his vehicle to track his movements, and conducting other surveillance activities, without complying with established Constitutional procedures and with knowledge of that non-compliance.

53.    Defendants acted knowingly, willfully and/or maliciously, and with the specific intent to deprive Mr. Tooley of his constitutional rights, and/or with deliberate indifference to his constitutional rights.

54.     Upon information and belief, this deprivation of rights has directly and proximately caused Mr. Tooley to suffer substantial economic and non-economic damages in excess of $75,000.00.

55.     Defendants acted under color of their authority to deprive Mr. Tooley of his rights.

56.     Defendants' conduct violated clearly established rights of which a reasonable person would have known.

57.     There are no other effective means to vindicate Mr. Tooley's rights.

## COUNT II- CONSTITUTIONAL TORT- RIGHT TO PRIVACY VIOLATION

58.     Plaintiff incorporates Paragraphs 1-56 as fully stated herein.

59.     Scott Tooley is a United States citizen.

60.     As a United States Citizen, he is entitled to the protections of the United States Constitution, including, but not limited to, the fundamental right of privacy.

61.     Upon information and belief, Defendants deprived Mr. Tooley of his fundamental right of privacy by illegally wiretapping his personal telephone lines, placing RFIT designations on his vehicle to track his movements, and conducting other surveillance activities, without complying with established Constitutional procedures and with knowledge of that non-compliance.

62.     Defendants acted knowingly, willfully and/or maliciously, and with the specific intent to deprive Mr. Tooley of his constitutional rights, and/or with deliberate indifference to his constitutional rights.

63.     Upon information and belief, this deprivation of rights has directly and proximately caused Mr. Tooley to suffer substantial economic and non-economic damages in excess of $75,000.00.

64.     Defendants acted under color of their authority to deprive Mr. Tooley of his rights.

65.     Defendants' conduct violated clearly established rights of which a reasonable person would have known.

66.     There are no other effective means to vindicate Mr. Tooley's rights.

### COUNT III- FIRST AMENDMENT VIOLATIONS

67.     Plaintiff incorporates Paragraphs 1-66 as fully stated herein.

68.     Plaintiff Scott Tooley is a United States citizen.

69.     As a United States Citizen, he is entitled to the protections of the United States Constitution, including, but not limited to, the First Amendment rights of freedom of speech and expression.

70.     Upon information and belief, Defendants deprived Mr. Tooley of his First Amendment rights by retaliating against Mr. Tooley for his innocent comments made to a Southwest Airlines ticket representative concerning cargo security.

71.     Defendants engaged in said retaliation by placing Mr. Tooley on one or more terrorist watchlists, illegally wiretapping his personal telephone lines, placing RFIT designations on his vehicle to track his movements, and conducting other surveillance activities, without complying with established Constitutional procedures and with knowledge of that non-compliance.

72.    Defendants acted knowingly, willfully and/or maliciously, and with the specific intent to deprive Mr. Tooley of his constitutional rights, and/or with deliberate indifference to his constitutional rights.

73.    Upon information and belief, this deprivation of rights has directly and proximately caused Mr. Tooley to suffer substantial economic and non-economic damages in excess of $75,000.00.

74.    Defendants acted under color of their authority to deprive Mr. Tooley of his rights.

75.    Defendants' conduct violated clearly established rights of which a reasonable person would have known.

76.    There are no other effective means to vindicate Mr. Tooley's rights.

## COUNT IV- DECLARATORY JUDGMENT: FOIA REQUESTS

77.    Plaintiff incorporates Paragraphs 1-76 as fully stated herein.

78.    On October 3, 2005, Mr. Tooley properly requested documents from Defendants Department of Justice, Department of Homeland Security, and the Transportation Safety Administration pursuant to the Freedom of Information Act, 5 U.S.C. §552 et. seq.

79.    To date, Defendants have refused to turn over the requested documents, refused to grant expedited processing, and refused to consider any fee waivers.

80.    Mr. Tooley seeks a declaratory judgment that Defendants have a duty to, and must, turn over any and all documents requested by him.

81.    Mr. Tooley further seeks a declaratory judgment that Defendants must release all responsive documents to him immediately.

**WHEREFORE**, Plaintiff Scott Tooley demands:

1) That this Court order that Defendants immediately cease and desist all wiretapping and surveillance activities against Plaintiff.

2) That this Court order Defendants to remove Plaintiff's name from any and all watch lists that may indicate Plaintiff is associated with any terrorist activities or organizations.

3) That this Court immediately and permanently enjoin Defendants from engaging in any further illegal wiretapping and surveillance activities against Plaintiff.

4) That this Court issue a declaratory judgment affirming Defendants' duty to provide all information contained in Mr. Tooley's Public Records Requests and ordering Defendants to do so immediately

5) Monetary damages for Plaintiff's economic and non-economic damages, in an amount to be proven at trial but in excess of $75,000.00.

Plaintiff further demands such other and further or different relief as the Court may deem just and proper, together with an award of its costs, attorney fees, and pre-judgment and post-judgment interest for pursuing this relief.

Respectfully submitted,

Larry Klayman, Esq.
Attorney at Law
D.C. Bar #334581
540 Brickell Key Drive
Suite 732
Miami, FL 33131
Tel: (305) 577-8944
Fax: (305) 675-3903
E-mail: leklayman@bellsouth.net

## JURY DEMAND

Plaintiff demands a jury trial as to all claims so triable.

Respectfully submitted,

Larry Klayman, Esq.
Attorney at Law
D.C. Bar #: 334581
540 Brickell Key Drive
Suite 732
Miami, FL 33131
Tel: (305) 577-8944
Fax: (305) 675-3903
E-mail: leklayman@bellsouth.com

## VERIFICATION

All the above statements are true to the best of my knowledge. I understand that a false statement in this Verified Complaint may subject me to penalties of perjury.

_____
Scott Tooley

SUBSCRIBED AND SWORN TO before me on this _17_ day of February 2006, to certify which witness my hand and official seal.

_____
Notary Public

ELIZABETH RUIZ-SANCHEZ
Notary Public - State of Florida
My Commission Expires Mar 30, 2009
Commission # DD 412732
Bonded By National Notary Assn.

17

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Scott Tooley | President George W. Bush, Vice President Richard B. Cheney, et al. |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   Jefferson, KY<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   Washington, D.C.<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Larry Klayman, Esq.<br>540 Brickell Key Drive, Suite 732<br>Miami, FL 33131 | |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 3 Federal Question (U.S. Government Not a Party)
- ◉ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| ○ A. Antitrust | ○ B. Personal Injury/ Malpractice | ○ C. Administrative Agency Review | ○ D. Temporary Restraining Order/Preliminary Injunction |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br>**Social Security:**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

| ○ E. General Civil (Other) | OR | ◉ F. Pro Se General Civil |
|---|---|---|

| **Real Property**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>**Personal Property**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **Bankruptcy**<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>**Property Rights**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or defendant)<br>☐ 871 IRS-Third Party 26 USC 7609 | **Forfeiture/Penalty**<br>☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>**Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

| ○ **G. _Habeas Corpus/_** _2255_ | ○ **H. _Employment_** _Discrimination_ | ○ **I. _FOIA/PRIVACY_** _ACT_ | ○ **J. _Student Loan_** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| ○ **K. _Labor/ERISA_** _(non-employment)_ | ○ **L. _Other Civil Rights_** _(non-employment)_ | ○ **M. _Contract_** | ○ **N. _Three-Judge Court_** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

○ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

---

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

---

**VII. REQUESTED IN COMPLAINT**    ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    **DEMAND $** [_____]    Check YES only if demanded in complaint
**JURY DEMAND:**    YES ☐    NO ☐

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE  2/17/06    SIGNATURE OF ATTORNEY OF RECORD

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.     COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed _only_ if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT:  The assignment of a judge to your case will depend on the category you select that best represents the _primary_ cause of action found in your complaint.  You may select only _one_ category.  You _must_ also select _one_ corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Scott Tooley
3401 Vista Greens Court
Louisville, KY 40241

**SUMMONS IN A CIVIL CASE**

V.

President George W. Bush
in his personal capacity,
The White House
1600 Pennsylvania Avenue
Washington, D.C. 20500

CASE NUMBER:

TO: (Name and address of Defendant)

President George W. Bush
in his personal capacity,
The White House
1600 Pennsylvania Avenue
Washington, D.C. 20500

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Larry Klayman, Esq.
540 Brickell Key Drive, Ste. 732
Miami, FL 33131

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

**G**  Served personally upon the defendant.  Place where served:

**G**  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

**G**  Returned unexecuted:

**G**  Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                     Date                                    *Signature of Server*


                                        _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Scott Tooley
3401 Vista Greens Court
Louisville, KY 40241

**SUMMONS IN A CIVIL CASE**

V.

Vice-President Richard B. Cheney
in his personal capacity,
The U.S. Naval Observatory
3450 Massachusetts Avenue, NW
Washington, D.C. 20392-5420

CASE NUMBER:

TO: (Name and address of Defendant)

Vice-President Richard B. Cheney
in his personal capacity,
The U.S. Naval Observatory
3450 Massachusetts Avenue, NW
Washington, D.C. 20392-5420

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Larry Klayman, Esq.
540 Brickell Key Drive, Ste. 732
Miami, FL 33131

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

CLERK                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

**G**  Served personally upon the defendant. Place where served: _____

_____

**G**  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

**G**  Returned unexecuted: _____

_____

_____

**G**  Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                      Date                            *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Scott Tooley
3401 Vista Greens Court
Louisville, KY 40241

**SUMMONS IN A CIVIL CASE**

### V.

Alberto Gonzalez
Attorney General of the United States
in his official and personal capacity,
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

CASE NUMBER:

TO: (Name and address of Defendant)

Alberto Gonzalez
Attorney General of the United States
in his official and personal capacity,
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Larry Klayman, Esq.
540 Brickell Key Drive, Ste. 732
Miami, FL 33131

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

**G**  Served personally upon the defendant.  Place where served:

_____

**G**  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

**G**  Returned unexecuted:

**G**  Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                        *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Scott Tooley
3401 Vista Greens Court
Louisville, KY 40241

**SUMMONS IN A CIVIL CASE**

V.

Michael Chertoff
Homeland Security Secretary,
in his official and personal capacity,
Department of Homeland Security
Washington, D.C. 20528

CASE NUMBER:

TO: (Name and address of Defendant)

Michael Chertoff
Homeland Security Secretary,
in his official and personal capacity,
Department of Homeland Security
Washington, D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Larry Klayman, Esq.
540 Brickell Key Drive, Ste. 732
Miami, FL 33131

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC – September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant.  Place where served:

_____

_____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

_____

_____

G   Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                       Date                                    *Signature of Server*


                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Scott Tooley
3401 Vista Greens Court
Louisville, KY 40241

**SUMMONS IN A CIVIL CASE**

V.

Kip Hawley
Director of the Transportation Security
Administration,
in his official and personal capacity
Transportation Security Administration
601 South 12th Street
Arlington, VA 22202-4220

CASE NUMBER:

TO: (Name and address of Defendant)

Kip Hawley
Director of the Transportation Security
Administration,
in his official and personal capacity
Transportation Security Administration
601 South 12th Street
Arlington, VA 22202-4220

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Larry Klayman, Esq.
540 Brickell Key Drive, Ste. 732
Miami, FL 33131

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440  (Rev. DC - September 2003)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

**G** Served personally upon the defendant.  Place where served: _____

**G** Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

**G** Returned unexecuted: _____

**G** Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                  Date                   *Signature of Server*

                                 _____
                                 *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Scott Tooley
3401 Vista Greens Court
Louisville, KY 40241

**SUMMONS IN A CIVIL CASE**

V.

Lt. Gen. Michael Hayden
Director, National Security Agency,
in his personal capacity,
National Security Agency
9800 Savage Road
Ft. Meade, MD 20755-6637

CASE NUMBER:

TO: (Name and address of Defendant)

Lt. Gen. Michael Hayden
Director, National Security Agency,
in his personal capacity,
National Security Agency
9800 Savage Road
Ft. Meade, MD 20755-6637

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Larry Klayman, Esq.
540 Brickell Key Drive, Ste. 732
Miami, FL 33131

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC – September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

**G**  Served personally upon the defendant.  Place where served: _____

**G**  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

**G**  Returned unexecuted: _____

**G**  Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                        Date                              *Signature of Server*


_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.