**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SCOTT TOOLEY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-00306 (CKK) |
| | ) | |
| v. | ) | |
| | ) | |
| PRESIDENT GEORGE BUSH, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**MOTION FOR EXTENSION OF TIME**
**IN WHICH TO ANSWER OR OTHERWISE RESPOND**
**TO PLAINTIFF'S CLAIMS UNDER THE FREEDOM OF INFORMATION ACT**

Defendants Alberto Gonzales, Michael Chertoff, and Kip Hawley, in their official

capacities, hereby seek an extension of 30 days time in which to respond to the FOIA claims,

see Compl., Count IV, made in plaintiff's multi-count complaint.  Such an extension of time, if

granted, would allow these defendants to file one dispositive motion on May 1, 2006, the date on

which defendants are required to answer or respond to the other official capacity claims made in

plaintiff's complaint.  As grounds for this motion, defendants state as follows:

1.       Plaintiff's Complaint in this matter was filed February 21, 2006, and served on the

United States Attorney's Office for the District of Columbia on February 28, 2006.

2.       The Complaint makes claims against several federal official defendants in their

individual and official capacities.  Specifically, plaintiffs seeks relief against three federal

defendants in their official capacities – Attorney General Alberto Gonzales, Secretary of the

Department of Homeland Security Michael Chertoff, and Director of the Transportation Security

Administration Kip Hawley.[1]  With respect to these three official capacity defendants, plaintiff appears to seek relief on claims relating to the processing of requests plaintiff made under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, see Compl. ¶¶ 26-37 and Count IV, as well as injunctive relief relating to other substantive counts.  See Complaint, p. 15.[2]

3.     Ordinarily, the official capacity defendants would be required to answer or otherwise respond to plaintiff's Complaint within 60 days of service, or by May 1, 2006.  FOIA claims, however, require a response within 30 days, or, in this case, by March 30, 2006, unless the Court otherwise directs for good cause shown.  5 U.S.C. § 552(a)(4)(C).

4.     Defendants believe that it would be most convenient for the Court and the parties if one dispositive motion were filed with respect to the official capacity claims made against these three defendants rather than two separate motions at two different times, one addressing the FOIA claims, and one addressing the remaining official capacity claims.

5.     Undersigned counsel, moreover, requires additional time in order to complete investigating the claims made by plaintiff with respect to the processing of his FOIA requests, to compile the necessary documentation and declarations in support of a dispositive motion, and to prepare that motion.[3]

---

[1]  Undersigned counsel represents these three defendants only in their official capacities. This motion does not address any individual capacity claim made against any defendant.

[2]  Plaintiff's Complaint is not a model of clarity and thus, although Counts I, II and III appear to state claims for money damages and thus appear to run against the defendants only in their individual capacities, the concluding paragraphs of plaintiff's Complaint also appear to seek injunctive relief.  Because requests for injunctive relief are generally not properly directed at individual capacity defendants, for purposes of this motion, it is assumed that the requests for injunctive relief are directed at the three defendants sued in their official capacities.

[3]  Plaintiff alleges that his FOIA requests were made to the Department of Homeland Security ("DHS"), the Transportation Security Administration ("TSA"), and the Department of Justice.  Compl. ¶ 26.  Undersigned counsel has determined that plaintiff's FOIA request directed at the Department of Justice was routed (pursuant to Department of Justice regulations) to the Federal Bureau of Investigation ("FBI"), the Criminal Division, and the Executive Office of

6.      By May 1, 2006, defendants expect to have completed their investigation of the

FOIA allegations made in plaintiff's Complaint and, further, expect to be in a position to file a

dispositive motion relating to both the FOIA claims and the other official capacity claims.

7.      This motion seeking an extension of 30 days time to respond to the FOIA claims,

accordingly, is not filed for the purposes of delay, but rather to facilitate the disposition of the

official capacity claims made in this case and to do so by way of one motion, thereby avoiding

the need for the Court to consider the official capacity claims in a piecemeal fashion.

8.      On March 23, 2006, undersigned counsel had a telephone conversation with

counsel for plaintiff, Mr. Larry Klayman, Esq., wherein she explained the relief to be sought

herein.  Mr. Klayman indicated that he did not consent to the relief sought in this motion.

WHEREFORE, for the reasons stated herein, Attorney General Gonzales, Secretary

Chertoff, and Director Hawley seek an extension of 30 days time, through and including May 1,

2006, in which to answer or respond to the FOIA claims raised in plaintiff's Complaint.  A

proposed order is attached for the convenience of the Court.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division

KENNETH J. WAINSTEIN
United States Attorney

JOSEPH H. HUNT
Director, Federal Programs Branch

---

United States Attorneys ("EOUSA") for response.  Contrary to plaintiff's allegations, see, e.g.,
Compl. ¶ 37, all five agencies/components have responded to plaintiff's request.  Both DHS and
EOUSA notified plaintiff that his FOIA request failed to provide the reasonable detail necessary
to allow processing, to which plaintiff apparently made no further response.  Both FBI and the
Criminal Division notified plaintiff that they had no records relating to his request.  An
administrative appeal of the response made by TSA to plaintiff's FOIA request remains pending.

ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs Branch


_____/s/ Rupa Bhattacharyya_____
RUPA BHATTACHARYYA (VA# 38877)
Senior Trial Counsel
Federal Programs Branch, Civil Division
United States Department of Justice
P.O. Box 883, 20 Massachusetts Ave., N.W.
Washington, D.C.  20044
Tel: (202) 514-3146
Fax: (202) 318-7593
Email: rupa.bhattacharyya@usdoj.gov

Dated:   March 27, 2006.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SCOTT TOOLEY,                                    )
                                                 )
      Plaintiff,                               )        Civil Action No. 06-00306 (CKK)
                                                 )
          v.                            )
                                                 )
PRESIDENT GEORGE BUSH, et al.                    )
                                                 )
      Defendants.                              )
_____)

### [PROPOSED] ORDER

The Court, having fully considered the Motion for Extension of Time in Which to Answer or Otherwise Respond  to Plaintiff's Claims under the Freedom of Information Act, and any opposition thereto, finds Defendants' Motion to be well-taken, and it is hereby GRANTED. Defendants shall have through and including May 1, 2006, in which to answer or otherwise respond to the Freedom of Information Act ("FOIA") claims contained in the plaintiff's Complaint.

IT IS SO ORDERED, this _____ day of March 2006.


_____
UNITED STATES DISTRICT JUDGE