RECEIVED
MAR 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT TOOLEY<br>3401 Vista Greens Ct.<br>Louisville, KY 40241<br><br>    Plaintiff,<br>v.<br><br>PRESIDENT GEORGE W. BUSH<br>in his personal capacity,<br>The White House<br>1600 Pennsylvania Avenue<br>Washington, D.C. 20500,<br><br>VICE PRESIDENT RICHARD B. CHENEY<br>In his personal capacity,<br>The U.S. Naval Observatory<br>3450 Massachusetts Avenue, NW<br>Washington, D.C., 20392-5420<br><br>ALBERTO GONZALES<br>Attorney General of the United States,<br>in his official and personal capacity,<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001,<br><br>MICHAEL CHERTOFF<br>Homeland Security Secretary,<br>in his official and personal capacity,<br>Department of Homeland Security<br>Washington, D.C. 20528,<br><br>KIP HAWLEY<br>Director of the Transportation Security<br>Administration,<br>in his official and personal capacity,<br>Transportation Security Administration<br>601 South 12th Street<br>Arlington, VA 22202-4220,<br><br>and | CASE NO. 06 0306 CKK |

LT GEN MICHAEL HAYDEN )
Director, National Security Agency, )
in his personal capacity, )
National Security Agency )
9800 Savage Rd. )
Ft. Meade, MD 20755-6637, )
    )
    Defendants. )
    /

## NOTICE OF REQUEST FOR STATUS CONFERENCE

NOW COMES, Plaintiff, SCOTT TOOLEY, by and through his counsel, The Klayman Law Firm, and requests that this honorable court hold for a status conference on the above-mentioned cause.

Respectfully submitted,

Larry Klayman, Esq.
Florida Bar No. 246220
THE KLAYMAN LAW FIRM, P.A.
601 Brickell Key Drive, Suite 404
Miami, FL 33131
Tel: (305) 579-3455
Fax: (305) 675-3903
E-mail: leklayman@bellsouth.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT TOOLEY<br>3401 Vista Greens Ct.<br>Louisville, KY 40241<br><br>    Plaintiff,<br>v.<br><br>PRESIDENT GEORGE W. BUSH<br>in his personal capacity,<br>The White House<br>1600 Pennsylvania Avenue<br>Washington, D.C. 20500,<br><br>VICE PRESIDENT RICHARD B. CHENEY<br>In his personal capacity,<br>The U.S. Naval Observatory<br>3450 Massachusetts Avenue, NW<br>Washington, D.C., 20392-5420<br><br>ALBERTO GONZALES<br>Attorney General of the United States,<br>in his official and personal capacity,<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001,<br><br>MICHAEL CHERTOFF<br>Homeland Security Secretary,<br>in his official and personal capacity,<br>Department of Homeland Security<br>Washington, D.C. 20528,<br><br>KIP HAWLEY<br>Director of the Transportation Security<br>Administration,<br>in his official and personal capacity,<br>Transportation Security Administration<br>601 South 12th Street<br>Arlington, VA 22202-4220,<br><br>    and | CASE NO. 06 0306 CKK |