IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SCOTT TOOLEY<br>3401 Vista Greens Ct.<br>Louisville, KY 40241<br><br>         Plaintiff,<br>v.<br><br>PRESIDENT GEORGE W. BUSH<br>in his personal capacity,<br>The White House<br>1600 Pennsylvania Avenue<br>Washington, D.C. 20500,<br><br>VICE PRESIDENT RICHARD B. CHENEY<br>In his personal capacity,<br>The U.S. Naval Observatory<br>3450 Massachusetts Avenue, NW<br>Washington, D.C., 20392-5420<br><br>ALBERTO GONZALES<br>Attorney General of the United States,<br>in his official and personal capacity,<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001,<br><br>MICHAEL CHERTOFF<br>Homeland Security Secretary,<br>in his official and personal capacity,<br>Department of Homeland Security<br>Washington, D.C. 20528,<br><br>KIP HAWLEY<br>Director of the Transportation Security<br>Administration,<br>in his official and personal capacity,<br>Transportation Security Administration<br>601 South 12th Street<br>Arlington, VA  22202-4220,<br><br>and | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 06 0306 CKK |

| | |
|---|---|
| LT GEN MICHAEL HAYDEN<br>Director, National Security Agency,<br>in his personal capacity,<br>National Security Agency<br>9800 Savage Rd.<br>Ft. Meade, MD 20755-6637,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>/ |

## AMENDED NOTICE OF REQUEST FOR STATUS CONFERENCE

NOW COMES, the Plaintiff, SCOTT TOOLEY, by and through his counsel, The Klayman Law Firm, P.A., and requests this Honorable Court for a status conference on the above-mentioned cause.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to Rupa Bhattacharyya, Esquire, Senior Trial Counsel, Federal Programs Branch, U.S. Department of Justice, Civil Division, Washington, D.C. 20530 via U.S. mail and facsimile on this _____ day of April, 2006:

                                                                      The Klayman Law Firm, P.A.
                                                                       Courvoisier II Building
                                                                       601 Brickell Key Drive, Suite 404
                                                                       Miami, FL 33131
                                                                       Telephone: (305) 579-3455
                                                                       Facsimile: (305) 675-3903

                                                                       BY:_____

                                                                       Larry Klayman, Esq.
                                                                       D.C. Bar# 334581