UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT TOOLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PRESIDENT GEORGE BUSH, et al., )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 06-306 (CKK) |

## DECLARATION OF ANTHONY J. CICCONE

I, Anthony J. Ciccone, declare the following to be a true and correct statement of facts material to this case:

1. I am a Senior Attorney Advisor in the Department of Justice currently assigned to the Executive Office for United States Attorneys ("EOUSA"), Freedom of Information and Privacy Staff. This Staff processes all requests received by EOUSA and by all United States Attorneys' Offices nationwide under the Freedom of Information and Privacy Acts ("FOIA/PA") and related regulations. 5 U.S.C. §§ 552-552a; accord 28 CFR § 16.1, et seq. I have previously served within the Department as a Trial Attorney in the Civil Division (1990-97) and as Trial Attorney/FOIA-Privacy Counsel in the Executive Office for United States Trustees (1997-2004).

2. My official duties include acting as liaison with other Departmental components regarding FOIA/PA matters and overseeing the processing of FOIA/PA requests for records maintained by EOUSA or any of the United States Attorneys' Offices nationwide, including searches for responsive records, associated processing and fee issues, and determinations regarding release, partial redaction, or withholding of agency records pursuant to the access and

exemption provisions of the Freedom of Information and Privacy Acts.

3. I am personally familiar with the FOIA/PA request made by Mr. Larry Klayman on behalf of Mr. Scott Tooley (hereafter "Requester"), which forms the basis for this litigation. The statements I make in this declaration are based upon my direct review of Departmental files, information acquired through the performance of my official duties, and my own personal knowledge.

### EOUSA REQUEST NO. 05-3219

4. On October 26, 2006, EOUSA received a "Freedom of Information Act/Privacy Act Referral/Action Slip" dated October 25, 2006 from the Mail Referral Unit, Justice Management Division. **Exhibit 1**.

5. The Mail Referral Unit is the Departmental component to which requesters may send FOIA/PA requests if they "cannot determine where within the Department to send [a] request." 28 CFR § 16.3(a).

6. The Mail Referral Unit "forward[s] request[s] to the component(s) it believes most likely to have the records," and a referred request "will be considered received as of the date it is received by the proper component's FOIA office." 28 CFR § 16.3(a).

7. Upon receipt of the above-referenced FOIA request on October 26, 2006, it was assigned EOUSA Request No. 05-3219 for processing purposes by the FOIA/Privacy Staff in EOUSA. **Exhibit 2**.

8. Request No. 05-3219 consisted of a two-page letter dated October 3, 2006 and signed by Larry Klayman, which stated in pertinent part:

> I represent Mr. Scott Tooley and . . . I hereby request from the U.S.

> Department of Justice true and correct copies of all filings, correspondence, memoranda, documents, reports, records, statements, audits, lists of names, applications, diskettes, letters, expense logs and receipts, calendar or diary logs, facsimile logs, telephone records, call sheets, tape records, video recordings, notes, examinations, and/or referenced opinions, folders, files, books, manuals, pamphlets, forms, drawings, charts, photographs, electronic mail, and any other documents or things that refer to my client Scott Tooley.

**Exhibit 2**, page 1.

9. Attached to Request No. 05-3219 was a one-page Certification of Identity, purportedly executed by Scott Tooley on September 30, 2005 and authorizing the release of records to "Mr. Larry Klayman, Walter & Haverfield, LLP" under the Privacy Act. 5 U.S.C. § 552a(b). **Exhibit 2**, page 3.

10. By letter dated November 8, 2005, the FOIA/Privacy Staff of EOUSA responded to the Requester with a request for clarification (**Exhibit 3**) under 28 CFR § 16.3(b), which states that "[i]f a component determines that your request does not reasonably describe records, it shall tell you . . . so that you may modify it to meet the requirements of this section."

11. The November 8, 2005 deficiency notice (**Exhibit 3**) advised the Requester that, because there are over 100 United States Attorneys' main offices and branch offices nationwide (see, e.g., www.usdoj.gov/usao/offices), a reasonable search could not be undertaken for "all . . . records . . . that refer to . . . Scott Tooley" (**Exhibit 2**) without some clarification as to which offices the Requester wanted to conduct such a search.

12. More specifically, EOUSA's November 8, 2005 letter advised the Requester, in pertinent part, as follows:

> Since the files . . . of United States Attorneys are located in more

than 100 separate offices throughout the country, we ask that you identify the specific U.S. Attorney's office(s) where you believe the requested records exist. This would primarily be the district(s) in which <u>prosecution or litigation</u> occurred. . . . Once you have corrected the above deficiencies, please submit a new request for the documents.

**Exhibit 3**, page 1 (emphasis in original).

13. To date, this office has received neither a response to the above-referenced deficiency notice nor a superseding request from the Requester in this matter, according to a check of this office's correspondence control system.

14. Nor does this office have any record that the Requester lodged an administrative appeal with the Department's Office of Information and Privacy pursuant to 28 CFR § 16.9 within 60 days of the above-referenced November 8, 2005 deficiency notice.

## **CONCLUSION**

15. Each step in the handling of this request has been consistent with applicable Department of Justice procedures and regulations.

I declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on April 25, 2006.

_____
ANTHONY J. CICCONE
Sr. Attorney Advisor, FOIA/Privacy Staff
Executive Office for U.S. Attorneys
United States Department of Justice

EXHIBIT 1
to Declaration of Anthony J. Ciccone
Executive Office for United States Attorneys

Tooley v. Bush, *et al.*, No. 06-306 (D.D.C.)

| U.S. Department of Justice | Freedom of Information Act/Privacy Act |
|---|---|
| Justice Management Division | Referral/Action Slip |

**Clerk:** M. Barnes

**Organization:** JMD/FASS

**Building & Room:** LOC, 113

**Date:** OCT 2 5 2005

*RECEIVED 2005 OCT ... DEPT. OF JUSTICE/...*

| To | From |   | To | From |   |
|---|---|---|---|---|---|
| ☐ | ☐ | Office of Information & Privacy | ☐ | ☐ | Immigration Review, Executive Office for |
|   |   | _____ | ☐ | ☐ | Inspector General, Office of |
|   |   | _____ | ☐ | ☐ | Intelligence Policy and Review, Office of |
|   |   | _____ | ☐ | ☐ | INTERPOL, U.S. National Central Bureau |
| ☐ | ☐ | Antitrust Division | ☐ | ☐ | Justice Management Division Staff: _____ |
| ☐ | ☐ | Bureau of Alcohol, Tobacco, Firearms and Explosives | ☐ | ☐ | Justice Programs, Office of |
| ☐ | ☐ | Civil Division | ☐ | ☐ | Legal Counsel, Office of |
| ☐ | ☐ | Civil Rights Division | ☐ | ☐ | National Drug Intelligence Center |
| ☐ | ☐ | Community Relations Service | ☐ | ☐ | Pardon Attorney, Office of |
| ☐ | ☐ | Community Oriented Policing Services | ☐ | ☐ | Professional Responsibility Advisory Office |
| ☒ | ☐ | Criminal Division | ☐ | ☐ | Professional Responsibility, Office of |
| ☐ | ☐ | Dispute Resolution, Office of | ☐ | ☐ | Solicitor General, Office of |
| ☐ | ☐ | Drug Enforcement Administration | ☐ | ☐ | Tax Division |
| ☐ | ☐ | Environment & Natural Resources Division | ☒ | ☐ | U.S. Attorneys, Executive Office for |
| ☐ | ☐ | Federal Bureau of Prisons | ☐ | ☐ | U.S. Marshals Service |
| ☒ | ☐ | Federal Bureau of Investigation | ☐ | ☐ | U.S. Parole Commission |
| ☐ | ☐ | Federal Detention Trustee, Office of | ☐ | ☐ | U.S. Trustees, Executive Office for |
| ☐ | ☐ | Foreign Claims Settlement Commission | ☐ | ☐ | _____ |

**Requester:** Larry Klayman

**Ref:** Scott T. F. Tooley

**Date of Request:** October 3, 2005

**Received By:** FOIA/PA Mail Referral Unit     **Type of Request:** FOI/PA

**Remarks:** Requester advised of this referral.

FORM JMD-481
Rev. Mar. 2004


FILE COPY  EOUSA # 05-3219

EXHIBIT 2
to Declaration of Anthony J. Ciccone
Executive Office for United States Attorneys

<u>Tooley v. Bush</u>, *et al.*, No. 06-306 (D.D.C.)



**Walter & Haverfield** LLP
attorneys at law

*FOIA*

District of Columbia Office

Larry Klayman
lklayman@walterhav.com
216.928.2973 direct line
216.916.2437 direct fax

October 3, 2005

Patricia D. Harris, Management Analyst
FOIA/PA
Department of Justice
Room 1070, National Place Building
Washington, DC 20530-0001

ATTN: RECORDS CUSTODIAN
RE: **Freedom of Information Act Request**

Dear FOIA Officer:

    I represent Mr. Scott Tooley and pursuant to the Freedom of Information Act (hereinafter, "FOIA"), 5 U.S.C. 552, and its regulations, I hereby request from the U.S. Department of Justice true and correct copies of all filings, correspondence, memoranda, documents, reports, records, statements, audits, lists of names, applications, diskettes, letters, expense logs and receipts, calendar or diary logs, facsimile logs, telephone records, call sheets, tape records, video recordings, notes, examinations, and/or referenced opinions, folders, files, books, manuals, pamphlets, forms, drawings, charts, photographs, electronic mail, and any other documents or things that refer to my client Scott Tooley.

    I hereby request expedited processing of this request and thank you for your expected cooperation in responding to my request in an expedited fashion pursuant to 5 U.S.C. §552 (a)(6)(E)(ii)(I), because there is a compelling need for the information and time truly is of the essence in this matter.

    Pursuant to the FOIA, if any portions of the requested documents are claimed to be privileged, those portions which are not claimed to be privileged should be provided to the undersigned. This should be done prior to the conclusion of the statutory 20-day period for a response.


FILE COPY
EOUSA #05-3219

Evening Star Building  |  1101 Pennsylvania Avenue - 7th Floor  |  Washington, DC 20004
202.756.7749  |  www.walterhav.com

In addition, under the FOIA there is an absolute requirement to produce those segregable portions of documents which are not claimed to be privileged, as well as a list ("Vaughn Index") that indicates by date, author, and general subject matter, and claims of privilege(s) those documents, or portions thereof, which have been withheld or not provided. <u>Vaughn v. Rosen</u>, 484 F.2d 820 (D.C. Cir 1973), <u>cert denied</u>, 415 U.S. 977 (1974); <u>Iglesias v. Central Intelligence Agency</u>, 525 F. Supp. 547 (D.C. 1981); <u>see generally LaRocca v. State Famr Mut. Auto. Ins. Co.</u>, 47 F.R.D. 278 (W.D. Pa 1985)

Further, I am entitled to a public interest fee waiver for this request. At 5 U.S.C. §552 (a) (A) (iii), the FOIA sets forth a two prong test to determine whether a fee waiver is appropriate. First the disclosure must be in the public interest by contributing significantly to the public's understanding of the operations of the government. *Schrecker v. Department of Justice*, 970 F. Supp. 49, 50 (D.D.C. 1997); *Fitzgibbon v. Agency for International Development*, 724 F. Supp. 1048, 1050 (D.D.C. 1989); *Larson v. Central Intelligence Agency*, 843 F.2d 1481, 1483 (D.C. Cir. 1988). Second, the disclosure must not be primarily in the commercial interest of the requester. *Schrecker,* 970 F. Supp. At 50; *Fitzgibbon,* 724 F.2d at 1050; *Larson,* 843 F. 2d at 483.

Disclosure of the requested records will contribute to an understanding of this particular subject and will further citizen awareness of significant issues, thereby benefiting the general public. I look forward to receiving the requested information and a full public interest fee waiver within ten (10) business days.

Very truly yours,

*[signature]*

Larry Klayman

U.S. Department of Justice      **Certification of Identity** 

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]    SCOTT THOMAS FRANKLIN TOOLEY

Citizenship Status [2] UNITED STATES    Social Security Number [3] 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

Current Address    3401 VISTA GREENS COURT, LOUISVILLE, KENTUCKY 40241

Date of Birth FEBRUARY 12, 1974    Place of Birth LINCOLN, NEBRASKA

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]    *Scott Tooley*    Date SEPT. 30, 2005

**OPTIONAL: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

MR. LARRY KLAYMAN, WALTER & HAVERFIELD LLP
**Print or Type Name**

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016      FORM DOJ-361
EXPIRES 4/31/07      SEPT 04

**Walter & Haverfield**
attorneys at law

Evening Star Building
1101 Pennsylvania Avenue - 7th Floor
Washington, DC 20004

**RETURN RECEIPT REQUESTED**

CERTIFIED MAIL™



7003 2260 0005 6114 2515





02 1A         $ 04.42⁰
0004387613   OCT 04 2005
MAILED FROM ZIP CODE 44114

Patricia D. Harris, Management Analyst
FOIA/PA
Department of Justice
Room 1070, National Place Building
Washington, D.C.  20530-0001

ATTORNEY GENERAL SERVICE
OCT 1 1 2005
OF PROCESS

20530+0001

EXHIBIT 3
to Declaration of Anthony J. Ciccone
Executive Office for United States Attorneys

<u>Tooley v. Bush</u>, *et al.*, No. 06-306 (D.D.C.)



**U.S. Departm. of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Unit*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757   Fax 202-616-6478*

NOV -8 2005

Requester: <u>Larry Klayman</u>          Request Number: <u>05-3219</u>

Subject of Request: <u>Scott Tooley</u>

Dear Requester:

    Your Freedom of Information Act/Privacy Act request has been received. Since the files and records of United States Attorneys are located in more than 100 separate offices throughout the country, we ask that you identify the specific U.S. Attorney's office(s) where you believe the requested records exist. This would primarily be the district(s) in which <u>prosecution or litigation</u> occurred.

    By making a FOIA/PA request, you agree to pay fees up to $25, as stated in 28 C.F.R. §16.3©, unless you request a waiver of fees (according to requirements in 28 C.F.R. §16.11(k)). Indigence does not constitute a basis for a fee waiver. Please note that pursuant to 28 C.F.R. §16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. <u>Please do not send any payment at this time</u>! If we anticipate that fees will exceed $25 or the amount you state in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release any documents to you (in excess of 100 free pages). Without such payment, your request file will be closed without further action.

    Once you have corrected the above deficiencies, please submit a new request for the documents. This is a final determination and your request for information has been closed. When we have received your new, corrected request, we will open a new file for you. **Please send your new, corrected request to the address above.**

(Page 1 of 2)
Form No. 003B - 6/02

NOV -8 2005

You may appeal my decision in this matter by writing within sixty (60) days, to:

>Office of Information and Privacy
>United States Department of Justice
>Flag Building, Suite 570
>Washington, D.C.  20530

Both the envelope and the letter of appeal must be clearly marked "Freedom of Information Act/Privacy Act Appeal."

After the appeal has been decided, you may have judicial review by filing a complaint in the United States District Court for the judicial district in which you reside or have your principal place of business; the judicial district in which the requested records, if any, are located; or in the District of Columbia.

>Sincerely,
>
>*Marie A. O'Rourke*
>
>Marie A. O'Rourke
>Assistant Director

(Page 2 of 2)
Form No. 003B - 6/02

U.S. Department of Justice
EOUSA/FOIA/PA STAFF
BICN BLDG., RM 7300
600 E STREET, N.W.
Washington, D.C. 20530

Official Business
Penalty for Private Use $300

LARRY KLAYMAN
WALTER & HAVERFIELD, LLP
EVENING STAR BUILDING
1101 PENNSYLVANIA AVE., 7TH FLOOR
WASHINGTON, DC 20004