**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SCOTT TOOLEY, | ) |
| | ) |
| | ) |
| Plaintiff, | )  Case Number:  1:06CV00306 (CKK) |
| | ) |
| v. | ) |
| | ) |
| PRESIDENT GEORGE W. | ) |
| BUSH, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DECLARATION OF KATHY HSU**

I, Kathy Hsu, declare the following to be true and correct:

1.   I am an attorney in the Criminal Division of the United States Department of Justice assigned to the Office of Enforcement Operations.  My specific assignment at the present time is that of Litigation Attorney for the Division's Freedom of Information Act/Privacy Act Unit (FOIA/PA Unit).

2.   In such capacity, my duties are, *inter alia*, to review complaints in lawsuits filed under both the Freedom of Information Act (FOIA), 5 U.S.C. § 552 *et seq.*, and the Privacy Act (PA), 5 U.S.C. § 552a *et seq.*, and to provide litigation support and assistance to Assistant United States Attorneys and to Department trial attorneys litigating these

- 1 -

cases in District Court.  In conjunction with these duties, I

review processing files that have been compiled by the

paralegal processors and reviewed by supervisory paralegals

and/or by the FOIA/PA Unit Chief in responding to FOIA/PA

requests received by the Unit.  I also consult with the Unit

Chief, who supervises the Unit's processing of FOIA and PA

requests, and with the supervisory paralegals to confirm that

determinations to withhold or to release records of the

Criminal Division have been made in accordance with the

provisions of both the FOIA and the PA, and with Department

of Justice regulations - 28 C.F.R. § 16.1 *et seq.*

3.    I make this declaration on the basis of information

acquired through the performance of my official duties.

### SUMMARY OF CORRESPONDENCE

4.    By letter dated October 3, 2005, plaintiff through

counsel made a request to the Department of Justice, Justice

Management Division's FOIA/PA unit (JMD) for records in his

name.[1]  *See* Exhibit 1.

5.    By letter addressed to the plaintiff dated November

22, 2005, the Criminal Division acknowledged receipt of

plaintiff's request and advised him that the request had not

been received in proper form and before further action could

---

[1]On October 25, 2005, JMD referred plaintiff's request to the Criminal Division's
FOIA/PA Unit.

- 2 -

be taken in processing his request additional information would be required from him. Specifically, plaintiff was advised that the FOIA/PA Unit was unable to search for the records requested because the plaintiff had not furnished a "Privacy Act Identification and Request Form," and he did not indicate which systems of records maintained by the Criminal Division he wanted searched. Enclosed with the November 2005 acknowledgment letter, the Criminal Division attached the two forms for the plaintiff to complete; (1)"Privacy Act Identification and Request Form" and (2)"Criminal Division's Privacy Act Systems of Records Form." Once completed by plaintiff, these forms would provide the additional information needed by the FOIA/PA Unit to thoroughly process his request. Additionally, the plaintiff was notified that his request had been assigned case number CRM-200501117P, however, request CRM-200501117P would be closed and when the Criminal Division received the attached forms in completed form, the request would then be reopened under a different case number. Plaintiff was also notified in the letter of his administrative appeal rights should he treat the letter as a denial of his request. See Exhibit 2.

6. By letter dated December 21, 2005, the plaintiff returned the "Privacy Act Identification and Request Form" and the "Criminal Division's Privacy Act Systems of Records

Form." He indicated on the forms the systems of records he wanted searched and provided information about himself that would assist the Criminal Division in those searches. *See* Exhibit 3.

7.   By letter addressed to the plaintiff dated January 27, 2005, the Criminal Division acknowledged that it received from the plaintiff the "Privacy Act Identification and Request Form" dated December 21, 2005, and the list of systems of records he wanted searched. The plaintiff's FOIA/PA request was reassigned case number CRM-200600011P. The plaintiff was further advised that the FOIA/PA Unit would conduct a search to determine what records the Criminal Division had that were within the scope of the request. *See* Exhibit 4.

8.   By a letter addressed to the plaintiff dated March 21, 2006, the FOIA/PA Unit advised plaintiff that it had completed its search for relevant Criminal Division's records in his name and located no records responsive to his request. Plaintiff was also advised that although he has already filed a complaint with the United States District Court regarding his request, he could file another appeal to OIP after the Criminal Division completed its action in his request and the material was denied. *See* Exhibit 5.

## SEARCH PROCEDURES

9.    In processing requests from individuals seeking
information on themselves, the Criminal Division begins by
searching its centralized records index, JUSTICE/CRM-001
(Central Criminal Division Index File and Associated
Records).  When a search of this Central Index reflects
responsive, or potentially responsive records, a search is
sent to the section identified as having custody of the
records for such records.

10.    In addition, the Criminal Division also affords
requesters the opportunity to designate specific Privacy Act
systems of records to be searched by means of a form listing
the Division's systems of records and a short description of
the nature of records maintained in each and allowing
requesters to designate specific systems to be searched
merely by placing a check mark adjacent to the system
description.  Here, the plaintiff requested that searches be
undertaken of the following Privacy Act systems:
JUSTICE/CRM-003 (File of Names Checked to Determine if Those
Individuals have been the Subject of an Electronic
Surveillance), JUSTICE/CRM-018 (Registration Files of
Individuals who have Knowledge of, or have Received
Instruction or Assignment in Espionage, Counterespionage, or
Sabotage Service or Tactics of a Foreign Government or a

-5-

Foreign Political Party), JUSTICE/CRM-019 (Requests to the
Attorney General for Approval of Applications to Federal
Judges for Electronic Interceptions), and JUSTICE/CRM-024
(Freedom of Information/Privacy Act Records).  *See* Exhibit 3.

11.   In addition to sending searches to those sections
specifically designated by the requester on the completed
Privacy Act System of Records form, the Criminal Division
FOIA/PA Unit also relies on its many years of experience in
searching for records responsive to FOIA requests.  Based on
that expertise and a careful review of the detailed, personal
information provided by plaintiff on the Privacy Act
Identification and Request form  (*see* Exhibit 3), in addition
to all sections plaintiff specifically requested to have
searched the FOIA/PA Unit also requested the Counterterrorism
Section to search for any records responsive to plaintiff's
request. To assist in conducting their search, the FOIA/PA
Unit advises the section of the requester's full name, date
of birth and place of birth.

12.   Pursuant to long-standing FOIA/PA search
procedures, a search sheet with a copy of the plaintiff's
request is transmitted to all sections that may have records
responsive to the plaintiff's request.  A copy of the
"Privacy Act Identification and Request Form" which plaintiff
had completed was forward with the search sheets.  *See*

- 6 -

Exhibit 3.  Designated personnel employed by the pertinent
sections undertake a search for responsive materials and
report the results by means of individual, signed forms to
the Criminal Division FOIA/PA Unit.  Searches are to be
undertaken in the same manner as if the Criminal Division
were seeking the information for its own, official purposes.
By this means, the Criminal Division aims to ensure that its
searches fully meet the criteria established under the
Freedom of Information Act and the Privacy Act and
interpretative decisional law.[2]

13.  I have personally reviewed all of the original,
signed search responses in this case, and have verified that
all of the Criminal Division's Privacy Act systems of records
designated by the plaintiff were searched and no record
responsive to plaintiff's request was located.

I declare under penalty of perjury that the foregoing is
true and correct.

Executed on:                    April 20, 2006

                                KATHY HSU

_____

[2]Unlike the Federal Bureau of Investigation or the Federal
Bureau of Prisons, the Criminal Division assigns no special
identification numbers to individuals.  Nor does it maintain
files based on social security numbers.  Nor does it maintain any
field offices outside the Washington, D.C. area.  Finally, unlike
certain other law enforcement components, the Criminal Division
maintains no separate "see reference" or "cross-reference" files
requiring separate searches.

- 7 -

**U.S. Department of Justice**
Justice Management Division

**Freedom of Information Act/Privacy Act
Referral/Action Slip**

Clerk:  M. Barnes

Date:

OCT 2 5 2005

Organization:  JMD/FASS

Building & Room:  LOC, 113

| To | From | | To | From |
|----|------|---|----|------|
| ☐ | ☐ Office of Information & Privacy | | ☐ | ☐ Immigration Review, Executive Office for |
| | _____ | | ☐ | ☐ Inspector General, Office of |
| | _____ | | ☐ | ☐ Intelligence Policy and Review, Office of |
| | _____ | | ☐ | ☐ INTERPOL, U.S. National Central Bureau |
| ☐ | ☐ Antitrust Division | | ☐ | ☐ Justice Management Division Staff: _____ |
| ☐ | ☐ Bureau of Alcohol, Tobacco, Firearms and Explosives | | ☐ | ☐ Justice Programs, Office of |
| ☐ | ☐ Civil Division | | ☐ | ☐ Legal Counsel, Office of |
| ☐ | ☐ Civil Rights Division | | ☐ | ☐ National Drug Intelligence Center |
| ☐ | ☐ Community Relations Service | | ☐ | ☐ Pardon Attorney, Office of |
| ☐ | ☐ Community Oriented Policing Services | | ☐ | ☐ Professional Responsibility Advisory Office |
| ☑ | ☐ Criminal Division | | ☐ | ☐ Professional Responsibility, Office of |
| ☐ | ☐ Dispute Resolution, Office of | | ☐ | ☐ Solicitor General, Office of |
| ☐ | ☐ Drug Enforcement Administration | | ☐ | ☐ Tax Division |
| ☐ | ☐ Environment & Natural Resources Division | | ☑ | ☐ U.S. Attorneys, Executive Office for |
| ☐ | ☐ Federal Bureau of Prisons | | ☐ | ☐ U.S. Marshals Service |
| ☑ | ☐ Federal Bureau of Investigation | | ☐ | ☐ U.S. Parole Commission |
| ☐ | ☐ Federal Detention Trustee, Office of | | ☐ | ☐ U.S. Trustees, Executive Office for |
| ☐ | ☐ Foreign Claims Settlement Commission | | ☐ | ☐ _____ |

Requester:  Larry Klayman

Ref:  Scott T. F. Tooley

Date of Request:  October 3, 2005

Received By:  FOIA/PA Mail Referral Unit

Type of Request:  FOI/PA

Remarks:  Requester advised of this referral.

**Tooley v. Bush, et al.,**
Case No. 1:06-cv-00306-CKK
District of Columbia
Hsu Declaration        Exhibit 1

FORM JMD-481
Rev. Mar. 2004

# Walter &
# Haverfield LLP
### attorneys at law

**Larry Klayman**
*lklayman@walterhav.com*
216.928.2973  direct line
216.916.2437
direct fax

District of Columbia Office

October 3, 2005

Patricia D. Harris, Management Analyst
FOIA/PA
Department of Justice
Room 1070, National Place Building
Washington, DC  20530-0001

ATTN: RECORDS CUSTODIAN
RE: **Freedom of Information Act Request**

Dear FOIA Officer:

    I represent Mr. Scott Tooley and pursuant to the Freedom of Information Act (hereinafter, "FOIA"), 5 U.S.C. 552, and its regulations, I hereby request from the U.S. Department of Justice true and correct copies of all filings, correspondence, memoranda, documents, reports, records, statements, audits, lists of names, applications, diskettes, letters, expense logs and receipts, calendar or diary logs, facsimile logs, telephone records, call sheets, tape records, video recordings, notes, examinations, and/or referenced opinions, folders, files, books, manuals, pamphlets, forms, drawings, charts, photographs, electronic mail, and any other documents or things that refer to my client Scott Tooley.

    I hereby request expedited processing of this request and thank you for your expected cooperation in responding to my request in an expedited fashion pursuant to 5 U.S.C. §552 (a)(6)(E)(ii)(I), because there is a compelling need for the information and time truly is of the essence in this matter.

    Pursuant to the FOIA, if any portions of the requested documents are claimed to be privileged, those portions which are not claimed to be privileged should be provided to the undersigned. This should be done prior to the conclusion of the statutory 20-day period for a response.

In addition, under the FOIA there is an absolute requirement to produce those segregable portions of documents which are not claimed to be privileged, as well as a list ("Vaughn Index") that indicates by date, author, and general subject matter, and claims of privilege(s) those documents, or portions thereof, which have been withheld or not provided. Vaughn v. Rosen, 484 F.2d 820 (D.C. Cir 1973), cert denied, 415 U.S. 977 (1974); Iglesias v. Central Intelligence Agency, 525 F. Supp. 547 (D.C. 1981); see generally LaRocca v. State Famr Mut. Auto. Ins. Co., 47 F.R.D. 278 (W.D. Pa 1985)

Further, I am entitled to a public interest fee waiver for this request. At 5 U.S.C. §552 (a) (A) (iii), the FOIA sets forth a two prong test to determine whether a fee waiver is appropriate. First the disclosure must be in the public interest by contributing significantly to the public's understanding of the operations of the government. *Schrecker v. Department of Justice*, 970 F. Supp. 49, 50 (D.D.C. 1997); *Fitzgibbon v. Agency for International Development*, 724 F. Supp. 1048, 1050 (D.D.C. 1989); *Larson v. Central Intelligence Agency*, 843 F.2d 1481, 1483 (D.C. Cir. 1988). Second, the disclosure must not be primarily in the commercial interest of the requester. *Schrecker,* 970 F. Supp. At 50; *Fitzgibbon*, 724 F.2d at 1050; *Larson,* 843 F. 2d at 483.

Disclosure of the requested records will contribute to an understanding of this particular subject and will further citizen awareness of significant issues, thereby benefiting the general public. I look forward to receiving the requested information and a full public interest fee waiver within ten (10) business days.

Very truly yours,

Larry Klayman

# Certification of Identity



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]    SCOTT THOMAS FRANKLIN TOOLEY

Citizenship Status [2]   UNITED STATES     Social Security Number [3]   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

Current Address   3401 VISTA GREENS COURT, LOUISVILLE, KENTUCKY 40241

Date of Birth   FEBRUARY 12, 1974     Place of Birth   LINCOLN, NEBRASKA

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]    _Scott Tooley_     Date SEPT. 30, 2005

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

MR. LARRY KLAYMAN, WALTER & HAVERFIELD LLP

### Print or Type Name

   [1] Name of individual who is the subject of the record sought.
   [2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
   [3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
   [4] Signature of individual who is the subject of the record sought.

# Walter & Haverfield
attorneys at law

Evening Star Building
1101 Pennsylvania Avenue - 7th Floor
Washington, DC 20004

**RETURN RECEIPT REQUESTED**

**CERTIFIED MAIL™**

7003 2260 0005 6174 2515



UNITED STATES POSTAGE
$ 04.42°
02 1A
0004387813    OCT 04 2005
MAILED FROM ZIP CODE 44114
PITNEY BOWES

2053040001

Patricia D. Harris, Management Analyst
FOIA/PA
Department of Justice
Room 1070, National Place Building
Washington, D.C. 20530-0001



ATTORNEY GENERAL SERVICE
OCT 1 1 2005
OF PROCESS



**U.S. Department of Justice**

Criminal Division

---

*Office of Enforcement Operations*                    *Washington, D.C. 20530*

TJM:KS:ldb
Typed 11/18/05                    NOV 2 2 2005

CRM-200501117P


Larry Klayman
Walter & Haverfield
Attorneys At Law
Evening Star Building
1101 Pennsylvania - 7th Floor
Washington, DC  20004

Dear Mr. Klayman:

This will acknowledge receipt of your letter of
October 3, 2005, requesting records relating to your client
Scott Tooley.

We are unable to search for the records you requested
because you have not furnished the following item(s) in
compliance with 28 C.F.R. 16.41.

[ ]    <u>Certification of Identification Form</u>.  Notarized signature
       or Declaration pursuant to 28 U.S.C. Section 1746.

[X]    <u>Privacy Act Identification and Request Form</u>.  This form is
       requested because our experience indicates that many persons
       throughout the country have the same or similar names.

[X]    **<u>CURRENT</u>** <u>Descriptive List of Systems of Records Maintained by
       the Criminal Division</u>.  Please review this list and indicate
       which systems you wished searched.

       **Copies of the requested form(s) are enclosed.**

We are closing out this request.  Upon receipt of the
completed form(s), we will assign a new number to your request
and process it.  Please return the requested form(s) to:
Thomas J. McIntyre, Chief, FOIA/PA Unit, Criminal Division,
Keeney Building, Suite 1127, Department of Justice, 950
Pennsylvania Avenue, N.W., Washington, D.C. 20530.


**Tooley v. Bush, et al.,**
Case No. 1:06-cv-00306-CKK
District of Columbia
Hsu Declaration        Exhibit 2

**FILE COPY**

We will consider your request for a fee waiver once we determine what records we maintain within the scope of your request (if any) and whether any fees will be incurred in the processing of your request. You also request expedited processing of your request. For your request to be considered for expedited processing, your letter must indicate the basis on which you seek such treatment. Requests will be taken out of chronological order based on the date of receipt and given expedited treatment only when it is determined that they involve: (1) circumstances in which lack of such treatment could reasonably be expected to pose an imminent threat to the life or safety of an individual; (2) an urgency to inform the public about an actual or alleged federal government activity, if made by a person primarily engaged in disseminating information; (3) the loss of substantial due process rights; or (4) a matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence. <u>See</u> 28 C.F.R. § 16.5(d)(1)(2003). This Office makes the determination regarding the first three categories and the Department's Director of Public Affairs makes the decision regarding the fourth category. <u>See</u> <u>id.</u> § 16.5(d)(2). Requesters seeking expedited processing are required to submit a statement explaining in detail the basis for their request for expedited processing. <u>See</u> <u>id.</u> § 16.5(d)(3). This statement must be certified to be true and correct. <u>See</u> <u>id.</u> You have not provided such a statement. As a result, this request for expedited treatment is not properly made. Once the required certified explanation of the basis for seeking expedited processing is provided, we will make a decision under the appropriate standard.

If you treat this response as a denial, you have a right to an administrative appeal. Department regulations provide that such appeals must be filed within sixty days of your receipt of this letter. 28 C.F.R. 16.45. The appeal should be made in writing and should be addressed to: Co-Director, Office of Information and Privacy, Flag Building, Suite 570, United States Department of Justice, Washington, D.C. 20530. Both the envelope and the letter should be clearly marked with the legend "FOIA Appeal." If you exercise this right and your appeal is denied, you also have the right to seek judicial review of this action in the federal judicial district (1) in which you reside, (2) in which you have your principal place of business, (3) in which the records denied are located, or (4) for the District of Columbia.

2

If you elect to file an appeal, please include, in your letter to the Office of Information and Privacy, the Criminal Division file number that appears above your name in this letter.

Sincerely,


Thomas J. McIntyre, Chief
Freedom of Information/Privacy Act Unit

3

# Walter &
# Haverfield LLP

### attorneys at law

District of Columbia Office

Larry Klayman
lklayman@walterhav.com
216.928.2973  direct line
216.916.2437  direct fax

December 21, 2005

JAN  5  2006

Thomas J. McIntyre, Chief
Freedom of Information/Privacy Act Unit
Criminal Division, Department of Justice
Keeney Building, Suite 1127
950 Pennsylvania Avenue, NW
Washington, DC  20530

### Re:  Scott Tooley FOIA Request, CRM-200501117P

Dear Mr. McIntyre:

In response to your November 22, 2005 letter concerning our October 3, 2005 FOIA request for the above-referenced matter, enclosed please find the following documents completed by Mr. Tooley: a Privacy Act Identification and Request Form and a Current Descriptive List of Systems of Records Maintained by the Criminal Division.

Time is of the essence in this matter and expedited processing is necessary and justified. Mr. Tooley is the improper target of illegal government surveillance for unknown and unsubstantiated reasons. This case therefore meets all requirements under 28 C.F.R. §16.5(d). *First,* the lack of an expedited response will result in an imminent threat to Mr. Tooley's safety, since he is subjected to continuing harm every day that he remains under such illegal surveillance. *Second,* there is an urgency to inform the public concerning this matter, since the public should be aware of the government's actions in this case, where an innocent American citizen is being harassed by unfettered and unchecked government abuses. *Third,* without the information requested, Mr. Tooley will continue to be deprived of fundamental due process rights, including his right of privacy and the unimpeded right of interstate travel. *Fourth,* there are very real questions about the government's integrity which affect public confidence, as the treatment that Mr. Tooley is receiving at the hands of the government requires immediate redress. Expedited processing is thus necessary in this case.

**Tooley v. Bush, et al.,**
Case No. 1:06-cv-00306-CKK
District of Columbia
Hsu Declaration        Exhibit 3

24884/458153-1

The Tower at Erieview  |  1301 East Ninth Street, Suite 3500  |  Cleveland, Ohio 44114-1821
216.781.1212 tel  |  216.575.0911 fax  |  www.walterhav.com

Thomas J. McIntyre, Chief
December 21, 2005
Page 2


    Please respond to this request within 20 days of receipt of this letter.  Failure to respond within that time frame will result in immediate legal action.


                                  Sincerely,

                                    Larry Klayman


LK:JRG:ses
Enclosures

TO: FOIA/PA UNIT, CRIMINAL DIVISION
    DOJ, KEENEY BUILDING, SUITE 1127
    950 PENNSYLVANIA AVENUE, N.W.
    WASHINGTON, D.C. 20530.

FILE NO. _____ 366666111

DATE: DEC. 7, '05

PRIVACY ACT NOTICE: The following information is requested pursuant to Department of Justice Regulations (28 C.F.R. 16.41) in order to verify your identity and to assist in locating your records. False information may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

I request access to records or information pertaining to me in the system(s) of records checked on the attached list.

1. FULL NAME (Please print):

Tooley      Scott      Thomas Franklin
(LAST)      (FIRST)      (MIDDLE, IN FULL)

2. Date of Birth: 2 12 '74   Place of Birth: Lincoln, Nebraska
    mo./day/year

3. Present address: 3401 Vista Greens Ct. Louisville, KY. 40241

4. Prior addresses: 3569 Good Hope Rd. Virginia Beach, VA. 23452

5. The approximate year or years during which you believe that a record about you may have been created: 2002 - 2003

6. The judicial district(s) or state(s) where the events occurred about which you believe a record may have been created:
Virginia and Kentucky

7. If married or divorced or separated, the full name of your spouse (if wife, please include maiden name): Rebecca N. Tooley (Toby)

8. If the record you believe to exist about you includes arrest, trial or conviction records:

(a) The date of arrest, indictment or complaint against you:
Not Applicable

(b) Approximate date of conviction: Not Applicable

(c) Federal court and district in which trial or proceeding took place:
Not Applicable

(d) Federal offense(s) involved: Not Applicable

(e) Names of codefendant(s) (if any): Not Applicable

In accordance with Title 28, United States Code, Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signature: Scott Tooley      Date: 12/7/05    Rev. 10/03

CRIMINAL DIVISION                                          PRIVACY ACT SYSTEMS OF RECORDS

REQUESTER'S NAME _Scott Tooley_____    PA/CRM NO. _2006CCC11P_

## TO EXPEDITE YOUR REQUEST

Please read the description of the information contained in each system of records before requesting a search of that system. Feel free to request a search of any system you reasonably think may contain records relating to you. However, if you have no reason to believe that a particular system of records will contain information about you, requesting that system may cause unnecessary delays in our response. Please be aware that most Federal prosecutions are conducted by the local United States Attorney's Office, whose records may be requested from the Justice Department's Executive Office for United States Attorneys. Also, if you are seeking records of other components of the United States Department of Justice (such as the FBI or the Drug Enforcement Administration) or of other agencies of the United States government, you should address your request directly to those components or agencies. A listing of addresses of FOIA contacts for all Federal agencies may be found at http://www.usdoj.gov/ foia/foiacontacts.htm.

_X__ JUSTICE/CRM - 001    Central Criminal Division Index File and Associated Records

This system contains information on persons referred to in potential or actual cases and matters of concern to the Criminal Division and correspondence on subjects directed or referred to the Criminal Division. This system also contains records which were maintained by the former Internal Security Division (now a Section of the Criminal Division).

This system also contains records which are maintained by the Narcotics & Dangerous Drug Section. If you have reason to believe records concerning you may be retrieved from that Section please check here

_N.A.__ JUSTICE/CRM - 002    Criminal Division Witness Security File  (Not Available Under FOIA/P.A.)

This system contains information on persons who are potential or actual witnesses and/or informants for whom federal protection has been considered or authorized. This system also contains information concerning relatives and associates of those individuals.

PLEASE NOTE: All information pertaining to Witness Security matters is exempt from disclosure under the Privacy Act pursuant to 5 U.S.C. § 552a(j)(2), and from the FOIA pursuant to Exemption 3 of the FOIA, 5 U.S.C. § 552(b)(3), in conjunction with 18 U.S.C. § 3521(b)(1)(G), a provision of the Witness Security Reform Act of 1984. Consequently, this information is not available through the FOIA/PA Unit. Information from this system can be requested only by writing directly to:

United States Department of Justice, Office of Enforcement Operations, Witness Security Unit, P.O. Box 7600, Washington, D.C. 20044-7600

Pursuant to the Witness Security Reform Act, the Attorney General is required to evaluate each request on its merits, after weighing (1) the danger such a disclosure would pose to the witness, (2) the detriment it would cause to the general effectiveness of the witness security program, and (3) the benefit such disclosure would afford to the public or to the person seeking the disclosure. Therefore, you must include a detailed explanation of the purpose for which you are seeking the information and a statement of how you intend to use the material, if released.

X    **JUSTICE/CRM - 003**    File of Names Checked to Determine if Those Individuals have been the Subject of an Electronic Surveillance

This system contains information concerning grand jury witnesses, defendants, and potential defendants in criminal cases and their attorneys whose names have been submitted in response to, or anticipation of, discovery motions, to inquire whether they have ever been the subjects of electronic surveillance.

_____ **JUSTICE/CRM - 004**    General Litigation and Legal Advice Section, Criminal Division, Central Index File and Associated Records

This system contains information on persons referred to in potential or actual cases and matters of concern to the General Litigation and Legal Advice Section, Criminal Division, and correspondence on subjects directed or referred to the Criminal Division.

_____ **JUSTICE/CRM - 012**    Organized Crime and Racketeering Section, General Index File and Associated Records

This system consists of records created and/or maintained by the National Office, Organized Crime and Racketeering Section in Washington, D.C. It contains information on persons who have been prosecuted or are under investigation for potential or actual federal criminal prosecution as well as persons allegedly involved in organized criminal activity and those alleged to be associated with the subject, who are or were of sufficient interest to the Division to warrant the compilation of records in Washington.

NOTE:    Should you desire a search of records of the Organized Crime and Racketeering Strike Force Field Offices for records created after January 1, 1990, you should address your request to the Executive Office for United States Attorneys, FOIA Unit, U.S. Department of Justice, Room 7100 BICN, Washington, D.C. 20530.

_____ **JUSTICE/CRM - 017**    Registration and Propaganda Files Under the Foreign Agents Registration Act of 1938, as amended

This system contains the statement of the registrant and other documents filed under the Foreign Agents Registration Act of 1938, 22 U.S.C. § 611 et seq.

X*    **JUSTICE/CRM - 018**    Registration Files of Individuals who have Knowledge of, or have Received Instruction or Assignment in Espionage, Counterespionage, or Sabotage Service or Tactics of a Foreign Government or of a Foreign Political Party

This system contains the statement of the registrant and other documents filed under 50 U.S.C. § 851.

*✱ Marked only because in the wake of 9/11 everything is thought to be "terror" related and due to the fact that I'm on the TSA's ("terror") watch list called the "selectee" list — they (DHS) may have incorrectly associated my name with "sabotage service."*

X JUSTICE/CRM - 019    Requests to the Attorney General for Approval of Applications to Federal Judges for Electronic Interceptions

This system contains information on individuals who have been the subject of requests by federal investigative agencies for electronic surveillance.

JUSTICE/CRM - 021    The Stocks and Bonds Intelligence Control Card File System

This system contains information on individuals, and their known associates, who are actual, potential, or alleged violators, of statutes dealing with stocks, bonds, and other securities.

JUSTICE/CRM - 022    Witness Immunity Records

This system contains information on potential or actual witnesses for whom immunity (pursuant to 18 U.S.C. §§ 6001-6004 and 18 U.S.C. § 2514) is proposed.

X JUSTICE/CRM - 024    Freedom of Information/Privacy Act Records

This system contains copies of correspondence and internal memoranda related to Freedom of Information and Privacy Act requests received by the Criminal Division and related records necessary to the processing of such requests; files are arranged alphabetically under the name of the requester.

    NOTE:    In the event you check the system of records designated as JUSTICE/CRM - 024, we will deem your request to be only for documents pertaining to the processing of records prior to your present request.

JUSTICE/CRM - 025    Tax Disclosure Index File and Associated Records

This system contains information concerning taxpayers about whom the Criminal Division has requested and/or obtained disclosure of tax material from the Internal Revenue Service pursuant to 26 U.S.C. § 6103, on or after January 1, 1977.

(Check
Below )JUSTICE/CRM - 026    Index of Prisoners Transferred and/or Extradited Under International Prisoner Transfer Treaties

  (Please check which portion applies to you, International Transfer, International Extradition, or both).

**International Transfer**    This system consists of alphabetical indices bearing individual names of prisoners involved in international transfers, and the tape recordings and occasional verbatim transcripts of consent verification hearing held pursuant to 18 U.S.C. §§ 4107 and 4108, as well as copies of consent verification forms.

**International Extradition**  The **JUSTICE/CRM - 026** system also contains files concerning international extradition and mutual assistance agreements between the United States and foreign countries.

**JUSTICE/CRM - 027**    <u>Displaced Persons Listings (Concerning the years 1948 - 1952)</u>

This system consists of visa investigation files assembled by the United States Army Counterintelligence Corps for individuals who applied for entry visa into the United States under the Displaced Persons Acts in force from 1948 to 1952.

A search of this system will not be conducted unless you indicate that you applied for a visa as a displaced person during the period 1948 to 1952.

NOTE:    <u>THE FOLLOWING SYSTEM OF RECORDS CONTAINS ONLY THE NAMES OF, OR INFORMATION CONCERNING CURRENT OR PAST EMPLOYEES OF THE CRIMINAL DIVISION OF THE DEPARTMENT OF JUSTICE</u>

A search of this system will be conducted <u>only</u> if you advise us that you are, or were employed by the Criminal Division of the Justice Department, and <u>provide the dates</u> of your employment.

**JUSTICE/CRM - 008**    <u>Name Card File on Department of Justice Personnel Authorized to have Access to Classified Files of the Department of Justice</u>

This system contains the names of current personnel of the Department of Justice, generally attorneys, authorized to have access to records classified as Confidential, Secret and Top Secret.



**U.S. Department of Justice**

Criminal Division

---

*Office of Enforcement Operations*                    *Washington, D.C. 20530*

TJM:KS:mb
typed 3/16/06

CRM-200600011P

**MAR** 2 1 2006

Mr. Larry Klayman
Walter & Haverfield LLP
The Tower at Erieview
1301 East Ninth Street, Suite 3500
Cleveland, Ohio 44114-1821

Dear Mr. Klayman:

This is in response to your request dated December 21, 2005, for Criminal Division records concerning your client, Scott Tooley.

A search of the systems your client designated did not locate any records concerning him other than your letter dated October 3, 2005 and our response of November 22, 2005. We also initiated a search of our Counterterrorism Section based on the information provided by Mr. Tooley and that response was also negative.

Although I am aware that you have filed a complaint with the United States District Court regarding this request, I am required to inform you of your right to an administrative appeal. Your appeal should be addressed to: The Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, DC 20530-0001. Both the envelope and the letter should be clearly marked with the legend "FOIA Appeal". Department regulations provide that such appeals must be received by the Office of Information and Privacy within sixty days of the date of this letter. 28 C.F.R. 16.9. If you exercise this right and your appeal is denied, you also have the right to seek judicial review of this action in the federal judicial district (1) in which you reside, (2) in which you have your principal place of business, (3) in which the records denied are located, or (4) for the District of Columbia. If you elect to file an appeal, please include, in your letter to the Office of Information and Privacy, the Criminal Division file number that appears above your name in this letter.

Sincerely,                    **Tooley v. Bush, et al.,**
                              Case No. 1:06-cv-00306-CKK
                              District of Columbia
                              Hsu Declaration          Exhibit 5

Thomas J. McIntyre, Chief
Freedom of Information/Privacy Act Unit

**FILE COPY**