IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT TOOLEY, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 06-00306 (CKK) |
| ) | |
| v. ) | |
| ) | |
| PRESIDENT GEORGE BUSH, et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**ERRATA**

Defendants Attorney General Alberto Gonzales, Secretary of the Department of Homeland Security Michael Chertoff, and Administrator of the Transportation Security Administration Edmund Hawley, in their official capacities, hereby respectfully ask that the Court accept the attached Exhibit 4, which was inadvertently omitted from the Declaration of Kathy Hsu, which was filed on May 1, 2006, as Exhibit C to the Motion by the Official Capacity Defendants to Dismiss and for Summary Judgment (Docket No. 6).

    Respectfully submitted,

    PETER D. KEISLER
    Assistant Attorney General, Civil Division

    KENNETH J. WAINSTEIN
    United States Attorney

    JOSEPH H. HUNT
    Director, Federal Programs Branch

    ELIZABETH J. SHAPIRO
    Assistant Director, Federal Programs Branch

-2-

    ____/s/ Rupa Bhattacharyya_____
    RUPA BHATTACHARYYA (VA# 38877)
    Senior Trial Counsel
    Federal Programs Branch, Civil Division
    United States Department of Justice
    P.O. Box 883, 20 Massachusetts Ave., N.W.
    Washington, D.C.  20044
    Tel: (202) 514-3146; Fax: (202) 318-7593
    Email: rupa.bhattacharyya@usdoj.gov

Dated:   May 2, 2006.



**U.S. Department of Justice**

Criminal Division

Washington, D.C. 20530

JAN 2 7 2006

CRM# 200600011P

Mr. Larry Klayman
Walter & Haverfield LLP
The Tower at Erieview
1301 East Ninth Street, Suite 3500
Cleveland, OH 44114-1821

Dear Mr. Klayman:

    This will acknowledge receipt of your Privacy Act request dated December 21, 2005, for Criminal Division records concerning your client, Scott Tooley. Your request has been assigned file number 200600011P. Please refer to this number in any future correspondence with this Unit.

    We will search the appropriate records system(s) and will respond to you further after we complete our searches. If you have any questions regarding the status of this request, you may contact Denise Kennedy on 202-616-0307.

                                   Sincerely,

                                   Thomas J. McIntyre, Chief
                                   Freedom of Information/Privacy Act Unit
                                   Office of Enforcement Operations
                                   Criminal Division

*[signature] 1/9/06*

*KH 1/18/06*

**FILE COPY**

Tooley v. Bush, et al.,
Case No. 1:06-cv-00306-CKK
District of Columbia
Hsu Declaration      Exhibit 4

TOTAL P.02