IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SCOTT TOOLEY<br>3401 Vista Greens Ct.<br>Louisville, KY 40241<br><br>     Plaintiff,<br>v.<br><br>PRESIDENT GEORGE W. BUSH<br>in his personal capacity,<br>The White House<br>1600 Pennsylvania Avenue<br>Washington, D.C. 20500,<br><br>VICE PRESIDENT RICHARD B. CHENEY<br>In his personal capacity,<br>The U.S. Naval Observatory<br>3450 Massachusetts Avenue, NW<br>Washington, D.C., 20392-5420<br><br>ALBERTO GONZALES<br>Attorney General of the United States,<br>in his official and personal capacity,<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001,<br><br>MICHAEL CHERTOFF<br>Homeland Security Secretary,<br>in his official and personal capacity,<br>Department of Homeland Security<br>Washington, D.C. 20528,<br><br>KIP HAWLEY<br>Director of the Transportation Security<br>Administration,<br>in his official and personal capacity,<br>Transportation Security Administration<br>601 South 12th Street<br>Arlington, VA  22202-4220,<br><br>and | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 06 0306 CKK |

| | |
|---|---|
| LT GEN MICHAEL HAYDEN | ) |
| Director, National Security Agency, | ) |
| in his personal capacity, | ) |
| National Security Agency | ) |
| 9800 Savage Rd. | ) |
| Ft. Meade, MD 20755-6637, | ) |
| | ) |
| Defendants. | ) |
| _____/ | |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND FOR SUMMARY JUDGMENT

COMES NOW, the Plaintiff, SCOTT TOOLEY, by and through the undersigned counsel, and requests this Honorable Court for an Extension of Time to file a Response to Defendants' Motion to Dismiss and for Summary Judgment and as grounds therefore states as follows:

1. On May 1, 2006, Defendants filed a Motion to Dismiss and for Summary Judgment.

2. A responsive pleading to Defendants' Motion to Dismiss and for Summary Judgment is due on or before May 15, 2006.

3. Plaintiff requested a thirty (30) day extension of time to file a Response to Defendants' Motion to Dismiss and for Summary Judgment.

4. Defendants' counsel has agreed to the Extension of Time to file the Response.

5. As such, a Response to Defendants' Motion to Dismiss and for Summary Judgment is now due on or before June 19, 2006.

Respectfully Submitted,

_____/s/_Larry Klayman_____

                                          Larry Klayman, Esquire
                                          D.C. Bar# 334581
                                          The Klayman Law Firm, P.A.
                                          Attorneys for Plaintiff
                                          Courvoisier Centre
                                          601 Brickell Key Drive, Suite 404
                                          Miami, FL 33131
                                          Telephone: (305) 579-3455
                                          Facsimile: (305) 579-3454
                                          Email:  leklayman@bellsouth.net

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the Consent Motion for Extension of Time to File Response to Defendants' Motion to Dismiss and for Summary Judgment was furnished to Rupa Bhattacharyya, Esquire, Senior Trial Counsel, Federal Programs Branch, U.S. Department of Justice, Civil Division, PO Box 883, 20 Massachusetts Ave., NW, Washington, D.C. 20044 via U.S. mail and facsimile on this 11th day of May, 2006:

                                    ____/s/ Larry Klayman_____

                                    Larry Klayman, Esquire
                                    D.C. Bar# 334581
                                    The Klayman Law Firm, P.A.
                                    Attorneys for Plaintiff
                                    Courvoisier Centre
                                    601 Brickell Key Drive, Suite 404
                                    Miami, FL 33131
                                    Telephone: (305) 579-3455
                                    Facsimile: (305) 579-3454
                                    Email:  leklayman@bellsouth.net

Case 1:06-cv-00306-CKK     Document 9     Filed 05/11/2006     Page 4 of 4