**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SCOTT TOOLEY<br>3401 Vista Greens Ct.<br>Louisville, KY 40241<br><br>    Plaintiff,<br>v.<br><br>PRESIDENT GEORGE W. BUSH<br>in his personal capacity,<br>The White House<br>1600 Pennsylvania Avenue<br>Washington, D.C. 20500,<br><br>VICE PRESIDENT RICHARD B. CHENEY<br>In his personal capacity,<br>The U.S. Naval Observatory<br>3450 Massachusetts Avenue, NW<br>Washington, D.C., 20392-5420<br><br>ALBERTO GONZALES<br>Attorney General of the United States,<br>in his official and personal capacity,<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001,<br><br>MICHAEL CHERTOFF<br>Homeland Security Secretary,<br>in his official and personal capacity,<br>Department of Homeland Security<br>Washington, D.C. 20528,<br><br>KIP HAWLEY<br>Director of the Transportation Security<br>Administration,<br>in his official and personal capacity,<br>Transportation Security Administration<br>601 South 12th Street<br>Arlington, VA  22202-4220,<br><br>and | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 06 0306 CKK |

| | |
|---|---|
| LT GEN MICHAEL HAYDEN | ) |
| Director, National Security Agency, | ) |
| in his personal capacity, | ) |
| National Security Agency | ) |
| 9800 Savage Rd. | ) |
| Ft. Meade, MD 20755-6637, | ) |
| | ) |
| Defendants. | ) |
| _____/ | |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND FOR SUMMARY JUDGMENT**

COMES NOW, the Plaintiff, SCOTT TOOLEY, by and through the undersigned counsel, and requests this Honorable Court for an Extension of Time to file a Response to Defendants' Motion to Dismiss and for Summary Judgment and as grounds therefore states as follows:

1. On May 1, 2006, Defendants filed a Motion to Dismiss and for Summary Judgment.

2. Plaintiff requested a brief extension of time to file a Response to Defendants' Motion to Dismiss and for Summary Judgment until June 19, 2006.

3. Plaintiff is in need of an additional twenty-one (21) days to file a Response to Defendants' Motion to Dismiss and for Summary Judgment.

4. Plaintiff respectfully requests an additional twenty-one (21) days to respond to Defendants' motion. A response will be filed on or before July 10, 2006.

5. Defendants' counsel has advised she has no opposition to the requested extension.

Respectfully Submitted,

_____/s/_Larry Klayman_____

Larry Klayman, Esquire
 D.C. Bar# 334581
The Klayman Law Firm, P.A.
Attorneys for Plaintiff
Courvoisier Centre
601 Brickell Key Drive, Suite 404
Miami, FL 33131
Telephone: (305) 579-3455
Facsimile: (305) 579-3454
Email:  leklayman@bellsouth.net

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the Consent Motion for Extension of Time to File Response to Defendants' Motion to Dismiss and for Summary Judgment was furnished to Rupa Bhattacharyya, Esquire, Senior Trial Counsel, Federal Programs Branch, U.S. Department of Justice, Civil Division, PO Box 883, 20 Massachusetts Ave., NW, Washington, D.C. 20044 via U.S. mail and facsimile on this 14th day of June, 2006:

____/s/ Larry Klayman_____

Larry Klayman, Esquire
D.C. Bar# 334581
The Klayman Law Firm, P.A.
Attorneys for Plaintiff
Courvoisier Centre
601 Brickell Key Drive, Suite 404
Miami, FL 33131
Telephone: (305) 579-3455
Facsimile: (305) 579-3454
Email:  leklayman@bellsouth.net