## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SCOTT TOOLEY<br>3401 Vista Greens Ct.<br>Louisville, KY 40241 | ) <br> ) <br> ) <br> ) | CASE NO. 06 0306 CKK |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| PRESIDENT GEORGE W. BUSH<br>in his personal capacity,<br>The White House<br>1600 Pennsylvania Avenue<br>Washington, D.C. 20500, | ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| VICE PRESIDENT RICHARD B. CHENEY<br>In his personal capacity,<br>The U.S. Naval Observatory<br>3450 Massachusetts Avenue, NW<br>Washington, D.C., 20392-5420 | ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| ALBERTO GONZALES<br>Attorney General of the United States,<br>in his official and personal capacity,<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| MICHAEL CHERTOFF<br>Homeland Security Secretary,<br>in his official and personal capacity,<br>Department of Homeland Security<br>Washington, D.C. 20528, | ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| KIP HAWLEY<br>Director of the Transportation Security<br>Administration,<br>in his official and personal capacity,<br>Transportation Security Administration<br>601 South 12th Street<br>Arlington, VA  22202-4220, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| and | ) | |

```
LT GEN MICHAEL HAYDEN                    )
Director, National Security Agency,      )
in his personal capacity,                )
National Security Agency                 )
9800 Savage Rd.                          )
Ft. Meade, MD 20755-6637,                )
                                         )
        Defendants.                      )
_____/
```

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND FOR SUMMARY JUDGMENT

COMES NOW, the Plaintiff, SCOTT TOOLEY, by and through the undersigned counsel, and requests this Honorable Court for an Extension of Time to file a Response to Defendants' Motion to Dismiss and for Summary Judgment and as grounds therefore states as follows:

1.  On May 1, 2006, Defendants filed a Motion to Dismiss and for Summary Judgment.

2.  Plaintiff requested an extension of time to file a Response to Defendants' Motion to Dismiss and for Summary Judgment until July 10, 2006.

3.  Plaintiff is in need of an additional thirty (30) days to file a Response to Defendants' Motion to Dismiss and for Summary Judgment as he is evaluating and investigating filing an Amended Complaint to include additional count(s).

4.  Plaintiff respectfully requests an additional thirty (30) days to respond to Defendants' motion. A response will be filed on or before August 9, 2006.

5. Defendants' counsel has advised she has agreed to the requested extension.

Respectfully Submitted,

\_\_\_\_\_/s/\_Larry Klayman_____

Larry Klayman, Esquire
D.C. Bar# 334581
THE KLAYMAN LAW FIRM, P.A.
Attorneys for Plaintiff
Courvoisier Centre II
601 Brickell Key Drive, Suite 404
Miami, FL 33131
Telephone: (305) 579-3455
Facsimile: (305) 579-3454
Email: leklayman@bellsouth.net

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the Consent Motion for Extension of Time to File Response to Defendants' Motion to Dismiss and for Summary Judgment was furnished to Rupa Bhattacharyya, Esquire, Senior Trial Counsel, Federal Programs Branch, U.S. Department of Justice, Civil Division, PO Box 883, 20 Massachusetts Ave., NW, Washington, D.C. 20044 via U.S. mail on this 7th day of July, 2006:

\_\_\_\_/s/ Larry Klayman_____

Larry Klayman, Esquire
D.C. Bar# 334581
THE KLAYMAN LAW FIRM, P.A.
Attorneys for Plaintiff
Courvoisier Centre
601 Brickell Key Drive, Suite 404
Miami, FL 33131
Telephone: (305) 579-3455
Facsimile: (305) 579-3454
Email: leklayman@bellsouth.net

Case 1:06-cv-00306-CKK    Document 11    Filed 07/07/2006    Page 4 of 4