IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SCOTT TOOLEY<br>3401 Vista Greens Ct.<br>Louisville, KY 40241<br><br>　　　Plaintiff,<br>v.<br><br>PRESIDENT GEORGE W. BUSH<br>in his personal capacity,<br>The White House<br>1600 Pennsylvania Avenue<br>Washington, D.C. 20500,<br><br>VICE PRESIDENT RICHARD B. CHENEY<br>In his personal capacity,<br>The U.S. Naval Observatory<br>3450 Massachusetts Avenue, NW<br>Washington, D.C., 20392-5420<br><br>ALBERTO GONZALES<br>Attorney General of the United States,<br>in his official and personal capacity,<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001,<br><br>MICHAEL CHERTOFF<br>Homeland Security Secretary,<br>in his official and personal capacity,<br>Department of Homeland Security<br>Washington, D.C. 20528,<br><br>KIP HAWLEY<br>Director of the Transportation Security<br>Administration,<br>in his official and personal capacity,<br>Transportation Security Administration<br>601 South 12th Street<br>Arlington, VA  22202-4220,<br><br>and | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 06 0306 CKK |

| | |
|---|---|
| LT GEN MICHAEL HAYDEN | ) |
| Director, National Security Agency, | ) |
| in his personal capacity, | ) |
| National Security Agency | ) |
| 9800 Savage Rd. | ) |
| Ft. Meade, MD 20755-6637, | ) |
| | ) |
| Defendants. | ) |
| _____ | / |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT**

COMES NOW, the Plaintiff, SCOTT TOOLEY, by and through the undersigned counsel, and requests this Honorable Court for an Extension of Time to file a Response to Defendants' Motion to Dismiss and for Motion for Summary Judgment and as grounds therefore states as follows:

1. On May 1, 2006, Defendants filed a Motion to Dismiss and Motion for Summary Judgment.

2. Plaintiff filed a Consent Motion requesting an extension of time to file a Response to Defendants' Motion to Dismiss and Motion for Summary Judgment. On July 11, 2006, this Court granted the Consent Motion and entered an Order providing Plaintiff until August 9, 2006 to file his Responses.

3. Plaintiff's counsel is currently representing another client in matter pending in the 11th Judicial Circuit Court in Miami-Dade County, Miami, Florida styled *Jose Manuel Justo and Maria Carmen Alvarez v. Gregory A. Martin, et al.*, Case No.: 96-14596 CA 21. The case is presently in its second week of trial. As such, Plaintiff's counsel trial schedule necessitates this request for a brief extension of time.

4. In light of the trial and apparent scheduling conflict, Plaintiff's counsel is in need of an additional twenty (20) days to fully and adequately prepare and file a Response to Defendants' Motion to Dismiss and Motion for Summary Judgment. Additionally, Plaintiff is evaluating and investigating whether he may file an Amended Complaint to include additional count(s) and address certain issues raised in Defendants' Motions.

5. In the spirit of cooperation and professionalism previously exhibited by counsel, Plaintiff requested that Defendants afford him a brief extension of time to respond to Defendants' Motions. Defendants' counsel has advised she has agreed to the requested extension.

6. Granting the requested extension of time will permit the parties to fully brief the issues for the Court, and the extension will promote fairness and efficiency.

7. The parties believe that the brief request for an extension of time proposed by this Motion is further evidence of counsel working together to implement a fair and efficient process. If the Court grants this relief, Plaintiff will file his responses to the Motions by August 29, 2006.

8. The parties emphasize that the purpose of this Motion is not to delay the proceedings or harass one another. The parties are merely attempting to devise a schedule that is fair to each other and accommodates the procedural difficulties that parties face in the early part of litigation.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order granting the Consent Motion for Extension of Time and for any other relief the Court deems just and proper.

        Respectfully Submitted,

        _____/s/_Larry Klayman_____

        Larry Klayman, Esquire
        D.C. Bar# 334581
        THE KLAYMAN LAW FIRM, P.A.
        Attorneys for Plaintiff
        Courvoisier Centre II
        601 Brickell Key Drive, Suite 404
        Miami, FL 33131
        Telephone: (305) 579-3455
        Facsimile: (305) 579-3454
        Email:  leklayman@bellsouth.net

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the Consent Motion for Extension of Time to File Response to Defendants' Motion to Dismiss and Motion for Summary Judgment was furnished to Rupa Bhattacharyya, Esquire, Senior Trial Counsel, Federal Programs Branch, U.S. Department of Justice, Civil Division, PO Box 883, 20 Massachusetts Ave., NW, Washington, D.C. 20044 via U.S. mail on this 8th day of August, 2006:

        ____/s/ Larry Klayman_____

        Larry Klayman, Esquire
        D.C. Bar# 334581
        THE KLAYMAN LAW FIRM, P.A.
        Attorneys for Plaintiff
        Courvoisier Centre
        601 Brickell Key Drive, Suite 404
        Miami, FL 33131
        Telephone: (305) 579-3455
        Facsimile: (305) 579-3454
        Email:  leklayman@bellsouth.net