IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SCOTT TOOLEY<br>3401 Vista Greens Ct.<br>Louisville, KY 40241<br><br>       Plaintiff,<br>v.<br><br>PRESIDENT GEORGE W. BUSH<br>in his personal capacity,<br>The White House<br>1600 Pennsylvania Avenue<br>Washington, D.C. 20500,<br><br>VICE PRESIDENT RICHARD B. CHENEY<br>In his personal capacity,<br>The U.S. Naval Observatory<br>3450 Massachusetts Avenue, NW<br>Washington, D.C., 20392-5420<br><br>ALBERTO GONZALES<br>Attorney General of the United States,<br>in his official and personal capacity,<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001,<br><br>MICHAEL CHERTOFF<br>Homeland Security Secretary,<br>in his official and personal capacity,<br>Department of Homeland Security<br>Washington, D.C. 20528,<br><br>KIP HAWLEY<br>Director of the Transportation Security<br>Administration,<br>in his official and personal capacity,<br>Transportation Security Administration<br>601 South 12th Street<br>Arlington, VA  22202-4220,<br><br>and | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 06 0306 CKK |

| | |
|---|---|
| LT GEN MICHAEL HAYDEN | ) |
| Director, National Security Agency, | ) |
| in his personal capacity, | ) |
| National Security Agency | ) |
| 9800 Savage Rd. | ) |
| Ft. Meade, MD 20755-6637, | ) |
| | ) |
| Defendants. | ) |
| | / |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT**

COMES NOW, the Plaintiff, SCOTT TOOLEY, by and through the undersigned counsel, and requests this Honorable Court for an Extension of Time of three (3) business days to file a Response to Defendants' Motion to Dismiss and for Motion for Summary Judgment and as grounds therefore states as follows:

1.  On May 1, 2006, Defendants filed a Motion to Dismiss and Motion for Summary Judgment.

2.  Plaintiff filed a Consent Motion requesting an extension of time to file a Response to Defendants' Motion to Dismiss and Motion for Summary Judgment due to Plaintiff's counsel participation in a trial in the 11th Judicial Circuit Court in Miami-Dade County, Miami, Florida styled *Jose Manuel Justo and Maria Carmen Alvarez v. Gregory A. Martin, et al.*, Case No.: 96-14596 CA 21.

3.  The Consent Motion was granted and a response is now due on or before August 29, 2006.

4.  Presently, Tropical Storm Ernesto's current center location is in eastern Cuba, and Miami lies in the middle of the storm's three (3) day track area.

5. Plaintiff's counsel office is located on Brickell Key in Miami, Florida. Brickell Key is in Zone A, a mandatory evacuation zone which includes the coastal areas of Miami Beach and Key Biscayne. In the event that a Hurricane Warning is issued, Zone A will be mandatorily evacuated.

6. Counsel for the Plaintiff intends to adhere to tomorrow's deadline, however, in the event of mandatory evacuations, power outages, office closures and/or other weather related problems, additional time will be necessary should the storm continue on its path to Miami.

7. In the abundance of caution, Plaintiff requests an extension of time of three (3) business days as it is likely that Miami will be hit with a hurricane as is currently predicted.

8. At the time of this Motion, the entire city of Miami is virtually closed down. Both state and federal courts, as well as all Miami-Dade public schools, are currently closed until Thursday, August 31, 2006.

9. In the spirit of cooperation, Plaintiff's counsel attempted to reach Defendants' counsel to obtain her consent to this Motion, but was unable to confer with her prior to the filing of this Motion.

10. Plaintiff emphasizes that this Motion for Extension of Time for three (3) business days is only being filed in the abundance of caution and requests an extension of time due to likely hurricane conditions.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order granting the Motion for Extension of Time of three (3) business days and for any other relief the Court deems just and proper.

Respectfully Submitted,

\_\_\_\_\_/s/\_Larry Klayman_____

Larry Klayman, Esquire
 D.C. Bar# 334581
THE KLAYMAN LAW FIRM, P.A.
Attorneys for Plaintiff
Courvoisier Centre II
601 Brickell Key Drive, Suite 404
Miami, FL 33131
Telephone: (305) 579-3455
Facsimile: (305) 579-3454
Email:  leklayman@bellsouth.net

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the Plaintiff's Motion for Extension of Time to File Response to Defendants' Motion to Dismiss and Motion for Summary Judgment was furnished to Rupa Bhattacharyya, Esquire, Senior Trial Counsel, Federal Programs Branch, U.S. Department of Justice, Civil Division, PO Box 883, 20 Massachusetts Ave., NW, Washington, D.C. 20044 via U.S. mail and facsimile on this 28th day of August, 2006:

\_\_\_\_/s/ Larry Klayman_____

Larry Klayman, Esquire
D.C. Bar# 334581
THE KLAYMAN LAW FIRM, P.A.
Attorneys for Plaintiff
Courvoisier Centre
601 Brickell Key Drive, Suite 404
Miami, FL 33131
Telephone: (305) 579-3455
Facsimile: (305) 579-3454
Email:  leklayman@bellsouth.net