IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT TOOLEY )<br>3401 Vista Greens Ct. )<br>Louisville, KY 40241 )<br> )<br>    Plaintiff, )<br>v. )<br> )<br>PRESIDENT GEORGE W. BUSH )<br>in his personal capacity, )<br>The White House )<br>1600 Pennsylvania Avenue )<br>Washington, D.C. 20500, )<br> )<br>VICE PRESIDENT RICHARD B. CHENEY )<br>In his personal capacity, )<br>The U.S. Naval Observatory )<br>3450 Massachusetts Avenue, NW )<br>Washington, D.C., 20392-5420 )<br> )<br>ALBERTO GONZALES )<br>Attorney General of the United States, )<br>in his official and personal capacity, )<br>U.S. Department of Justice )<br>950 Pennsylvania Avenue, NW )<br>Washington, DC 20530-0001, )<br> )<br>MICHAEL CHERTOFF )<br>Homeland Security Secretary, )<br>in his official and personal capacity, )<br>Department of Homeland Security )<br>Washington, D.C. 20528, )<br> )<br>KIP HAWLEY )<br>Director of the Transportation Security )<br>Administration, )<br>in his official and personal capacity, )<br>Transportation Security Administration )<br>601 South 12th Street )<br>Arlington, VA  22202-4220, )<br> )<br>and ) | CASE NO. 06 0306 CKK |

```
LT GEN MICHAEL HAYDEN                )
Director, National Security Agency,   )
in his personal capacity,             )
National Security Agency              )
9800 Savage Rd.                       )
Ft. Meade, MD 20755-6637,             )
                                      )
      Defendants.                     )
_____/
```

## ORDER

Upon consideration of the Motion for Extension of Time of three (3) business days to File a Response to Defendants' Motion to Dismiss and for Summary Judgment, and the entire record herein, it is this _____ day of August, 2006,

**ORDERED** that the motion is hereby GRANTED.

**ORDERED** that the deadline for Plaintiff's Response to Defendants' Motion to Dismiss and for Summary Judgment shall be extended from August 29, 2006 to September 1, 2006

_____
Honorable Colleen Kollar-Kotelly
Judge, United States District Court

Copies Furnished to:

Rupa Bhattacharyya, Esq.
Larry Klayman, Esq.