IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT TOOLEY,            )<br>                          )<br>    Plaintiff,          )<br>                          )<br>    v.                    )<br>                          )<br>PRESIDENT GEORGE BUSH, et al.  )<br>                          )<br>    Defendants.           )<br>_____) | Civil Action No. 06-00306 (CKK) |

**MOTION FOR EXTENSION OF TIME IN WHICH REPLY IN SUPPORT OF
THE OFFICIAL CAPACITY DEFENDANTS' MOTION TO DISMISS
AND FOR SUMMARY JUDGMENT**

Defendants Alberto Gonzales, Michael Chertoff, and Edmund "Kip" Hawley, in their official capacities, hereby seek an extension of 30 days time, through and including October 16, 2006, in which to file a reply brief in support of the Official Capacity Defendants' Motion to Dismiss and for Summary Judgment.  As grounds for this motion, defendants state as follows.

1.  Plaintiff's Complaint in this matter was filed February 21, 2006.

2.  On May 1, 2006, the official capacity defendants filed a Motion to Dismiss and for Summary Judgment.  Docket Nos. 6, 7.

3.  Thereafter, plaintiff, through his counsel, sought five separate extensions of time in which to file an opposition to defendants' motion.  See Docket No. 9 (seeking 30 days extension), No. 10 (seeking 21 days extension), No. 11 (seeking 20 days extension), No. 12 (seeking 21 days extension), and No. 13 (seeking 3 days extension).  On each occasion, undersigned counsel for the official capacity defendants, as is her ordinary practice, extended plaintiff the courtesy of consent to the requested extension,[1] and on each occasion, this Court

---

[1] The last motion, Docket No. 13, filed August 28, 2006, indicates that it was filed without securing the consent of undersigned counsel.  Undersigned counsel had left a message

granted plaintiff's request.

4. Ultimately, four months after the filing of defendants' May 1, 2006, motion, plaintiff filed its opposition on September 1, 2006. Docket No. 14. Under the Local Rules, defendants' reply brief would ordinarily be due September 14, 2006.

5. Undersigned counsel has significant other litigation commitments during the month of September including a summary judgment motion to be filed in this Court in the consolidated cases of Electronic Privacy Information Center v. Dept. of Justice, Civil Action No. 06-0096 (HHK), and American Civil Liberties Union v. Dept. of Justice, Civil Action No. 06-00214 (HHK), on September 15, 2006, and a summary judgment motion to be filed in the United States District Court for the Southern District of New York in the case of The New York Times v. Dept. of Defense and Dept. of Justice, Civil Action No. 06-1553, on October 2, 2006. Additionally, undersigned counsel is expecting out-of-town family guests from the period of September 27, 2006, through October 3, 2006, and had planned to take personal leave during that time.

6. On September 12, 2006, undersigned counsel contacted counsel for plaintiff to seek his position on a extension of 30 days time in which to file the necessary reply brief. Counsel's response, conveyed by his associate on this date, was that he would consent only to an extension through September 30, 2006.[2]

7. For the reasons detailed above, the period of time to which plaintiff's counsel will consent is insufficient. Moreover, in light of the four-month delay in the litigation of this case that was occasioned by plaintiff's counsel's five extensions of time, plaintiff can hardly

---

indicating consent which apparently had not been received at the time of plaintiff's filing.

[2] Undersigned counsel attempted to contact plaintiff's counsel directly to seek clarification on this response but was advised that Mr. Klayman was in California and that he would return undersigned counsel's call before 5:00 pm. As of this filing, he has not done so.

demonstrate any prejudice that might result from the short 30-day extension sought on behalf of defendants.

WHEREFORE, for the reasons stated herein, Attorney General Gonzales, Secretary Chertoff, and Director Hawley seek an extension of 30 days time, through and including October 16, 2006, in which to file a reply brief in support of their pending dispositive motion. A proposed order is attached for the convenience of the Court.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division

KENNETH J. WAINSTEIN
United States Attorney

JOSEPH H. HUNT
Director, Federal Programs Branch

ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs Branch

____/s/ Rupa Bhattacharyya____
RUPA BHATTACHARYYA (VA# 38877)
Senior Trial Counsel
Federal Programs Branch, Civil Division
United States Department of Justice
P.O. Box 883, 20 Massachusetts Ave., N.W.
Washington, D.C. 20044
Tel: (202) 514-3146
Fax: (202) 318-7593
Email: rupa.bhattacharyya@usdoj.gov

Dated: September 13, 2006.