IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT TOOLEY,              )<br>                            )<br>     Plaintiff,            )<br>                            )<br>     v.                     )<br>                            )<br>PRESIDENT GEORGE BUSH, et al.  )<br>                            )<br>     Defendants.            )<br>_____ ) | Civil Action No. 06-00306 (CKK) |

### [PROPOSED] ORDER

The Court, having fully considered the Motion for Extension of Time in Which Reply in Support of the Official Capacity Defendants' Motion to Dismiss and for Summary Judgment, and any opposition thereto, finds Defendants' Motion to be well-taken, and it is hereby GRANTED. Defendants shall have through and including October 16, 2006, in which to file a reply brief in support of its pending dispositive motion.

IT IS SO ORDERED, this _____ day of September 2006.

_____
UNITED STATES DISTRICT JUDGE