# Department of Homeland Security Organization Chart





July 2006