IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SCOTT TOOLEY,  )  CASE NO. 06 0306 CKK
　　　　　　　　)
　　Plaintiff,　)
　　　　　　　　)
v.　　　　　　　)
　　　　　　　　)
PRESIDENT GEORGE W. BUSH, et. al.  )
　　　　　　　　)
　　Defendants. )
_____/

PLAINTIFF'S MOTION FOR ORAL ARGUMENT AND STATUS CONFERENCE

Plaintiff, Scott Tooley, by and through the undersigned counsel, pursuant to LCvR7(f), hereby requests oral argument on Defendants' Motion to Dismiss and Motion for Summary Judgment and a status conference in support thereof states as follows:

1. On May 1, 2006 Defendants' filed a Motion to Dismiss and Motion for Summary Judgment as a responsive pleading to Plaintiff's Complaint.

2. On September 1, 2006, Plaintiff filed a Response to Defendants' Motion to Dismiss and Motion for Summary Judgment.

3. On September 16, 2006, Defendants filed a Reply to Plaintiff's Response to Defendants' Motion to Dismiss and Motion for Summary Judgment.

4. Plaintiff respectfully requests oral argument on this issue and a status conference. All of the requisite pleadings have been filed by both parties and this issue is ready for presentation of oral argument should the Court be so inclined to grant Plaintiff's Motion for Oral Argument.

WHEREFORE, Plaintiff, Scott Tooley, respectfully requests oral argument on Defendants' Motion to Dismiss and Motion for Summary Judgment and a status conference.

                              Respectfully Submitted,

                              _____/s/_Larry Klayman_____

                              Larry Klayman, Esquire
                              D.C. Bar# 334581
                              The Klayman Law Firm, P.A.
                              Attorneys for Plaintiff
                              Courvoisier Centre
                              601 Brickell Key Drive, Suite 404
                              Miami, FL 33131
                              Telephone: (305) 579-3455
                              Facsimile: (305) 579-3454
                              Email:  leklayman@bellsouth.net

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to Rupa Bhattacharyya, Esquire, Senior Trial Counsel, Federal Programs Branch, U.S. Department of Justice, Civil Division, PO Box 883, 20 Massachusetts Ave., NW, Washington, D.C. 20044 via U.S. mail and facsimile on this 19th day of October, 2006:

                              ____/s/ Larry Klayman_____

                              Larry Klayman, Esquire
                              D.C. Bar# 334581
                              The Klayman Law Firm, P.A.
                              Attorneys for Plaintiff
                              Courvoisier Centre
                              601 Brickell Key Drive, Suite 404
                              Miami, FL 33131
                              Telephone: (305) 579-3455

Facsimile: (305) 579-3454
Email: leklayman@bellsouth.net