UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT TOOLEY,<br><br>    Plaintiff,<br><br>v.<br><br>PRESIDENT GEORGE W. BUSH, *et al.*,<br><br>    Defendants. | Civil Action No. 06-306 (CKK) |

**RULE 4(m) ORDER**
(November 30, 2006)

The Complaint in this case was filed on February 21, 2006. Although the Complaint is somewhat opaque, Count IV of this case (Declaratory Judgment: FOIA Requests) appears to seek declaratory judgment against three defendants – Attorney General Alberto Gonzales, Secretary of the Department of Homeland Security Michael Chertoff, and Administrator of the Transportation Security Administration Edmund ("Kip") Hawley – in their official capacities, based on FOIA requests filed with these Defendants' respective agencies. In addition, the Complaint appears to assert three claims: Count I (Constitutional Tort - Fourth Amendment Violation); Count II (Constitutional Tort - Right to Privacy Violation); and Count III (First Amendment Violations), against a total of six defendants. While the Complaint is unclear in this respect, Plaintiff's pleadings clarify that Counts I, II, and III are brought against Attorney General Gonzales, Secretary Chertoff, and Administrator Hawley, in both their individual and official capacities, and also against President George W. Bush, Vice President Richard B. Cheney, and former head of the National Security Agency, Lieutenant General Michael Hayden, solely in their individual

capacities.

There is no record that a copy of the Complaint has been served on any Defendant in his individual capacity.  Government counsel has filed a motion to dismiss and for summary judgment on behalf of Attorney General Gonzales, Secretary Chertoff, and Administrator Hawley, but has indicated that these three Defendants are represented solely in their official capacities.  No affidavit of service has been filed to demonstrate that any Defendants have been served in their individual capacities.  Furthermore, the Court notes that service on Attorney General Gonzales, Secretary Chertoff, and Administrator Hawley in their official capacities does not suffice as service on those Defendants in their individual capacities.  Plaintiff's attention is directed to Federal Rule of Civil Procedure 4(m), which provides in pertinent part:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

As it has now been two hundred and eighty-two days (282) since the Complaint was filed, and Plaintiff was required to make service upon the Defendants in their individual capacities by June 21, 2006, it is hereby

**ORDERED** that by December 15, 2006, Plaintiff must either file proof of service on all Defendants in their individual capacities with the Court, or file a response with the Court as to the service issue.

**SO ORDERED.**

                                                        /s/
                                        COLLEEN KOLLAR-KOTELLY

                        United States District Judge