**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SCOTT TOOLEY ) | CASE NO. 06 0306 CKK |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PRESIDENT GEORGE W. BUSH, et. al. ) | |
| ) | |
| Defendants. ) | |
| _____/ | |

### RESPONSE TO RULE 4(m) ORDER AND NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO INDIVIDUAL DEFENDANTS

COMES NOW, the Plaintiff, SCOTT TOOLEY, by and through the undersigned counsel and files this Response to Rule 4(m) Order dated November 30, 2006 and states as follows:

1.   Plaintiff attempted service upon the Defendants in their individual capacities, however Plaintiff encountered difficulty and when the Government would not accept service.

2.   To narrow and simplify the issues for the Court, ultimately Plaintiff decided not to proceed with "Bivens" claims (U.S. v. Bivens, 403 U.S. 388 (1971)) against the Defendants in their individual capacities at this time.  This is reflected in the Government's pleadings as well as Plaintiff's.

3.   As such, Plaintiff voluntarily dismisses the action against Defendants in their individual capacities, but respectfully reserves all legal rights to re-file.

Respectfully Submitted,

/s/  Larry Klayman

Larry Klayman, Esquire
 D.C. Bar# 334581
THE KLAYMAN LAW FIRM, P.A.
Attorneys for Plaintiff
Courvoisier Centre II
601 Brickell Key Drive, Suite 404
Miami, FL 33131
Telephone: (305) 579-3455
Facsimile: (305)  579-3454
Email:  leklayman@bellsouth.net

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the Response to Rule 4(m) Order foregoing was furnished to Rupa Bhattacharyya, Esquire, Senior Trial Counsel, Federal Programs Branch, U.S. Department of Justice, Civil Division, PO Box 883, 20 Massachusetts Ave., NW, Washington, D.C. 20044 via electronic filing and U.S. Mail on this 15th day of December, 2006:

____/s/ Larry Klayman_____

Larry Klayman, Esquire
D.C. Bar# 334581
THE KLAYMAN LAW FIRM, P.A.
Attorneys for Plaintiff
Courvoisier Centre
601 Brickell Key Drive, Suite 404
Miami, FL 33131
Telephone: (305) 579-3455
Facsimile: (305) 579-3454
Email:  leklayman@bellsouth.net