UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SCOTT TOOLEY,

    Plaintiff,

    v.

PRESIDENT GEORGE W. BUSH, *et al.*,

    Defendants.

Civil Action No. 06-306 (CKK)

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 21st day of December, 2006, hereby

**ORDERED** that [7] the motion for summary judgment brought by Attorney General Alberto Gonzales, Secretary of the Department of Homeland Security Michael Chertoff, and Administrator of the Transportation Security Administration Edmund ("Kip") Hawley in their official capacities (collectively, the "Defendants") shall be granted as to Count IV of Plaintiff's Complaint; it is further hereby

**ORDERED** that [6] Defendants' motion to dismiss pursuant to Federal Rules of Civil Procedure Rule 12(b)(1) shall be granted, as Plaintiff lacks Article III standing with respect to his claims regarding wiretapping and physical surveillance, and this Court lacks subject matter jurisdiction to review and issue the relief sought in Plaintiff's claims regarding TSA watch lists.

    **SO ORDERED**.

                                        /s/
                                    COLLEEN KOLLAR-KOTELLY
                                    United States District Judge