IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT TOOLEY ) | CASE NO. 06 0306 CKK |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PRESIDENT GEORGE W. BUSH, et. al. ) | |
| ) | |
| Defendants. ) | |
| _____/ | |

NOTICE OF APPEAL

Notice is hereby given that SCOTT TOOLEY, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit the Final Order entered in this action on the 21st day of December, 2006.

Dated: February 12, 2007          Respectfully Submitted,


                                  /s/  Larry Klayman

                                 Larry Klayman, Esquire
                                  D.C. Bar# 334581
                                 THE KLAYMAN LAW FIRM, P.A.
                                 Attorneys for Plaintiff
                                 Courvoisier Centre II
                                 601 Brickell Key Drive, Suite 404
                                 Miami, FL 33131
                                 Telephone: (305) 579-3455
                                 Facsimile: (305) 579-3454
                                 Email: leklayman@bellsouth.net